To: Whom it may Concern

Dear, Clerk of Court

12-11-22

I'm forwarding to this Western District Court. 3 motion in One form of Orders. Also, Clerk of Court, Around 11-(16-20) 22, I forward to this W.D.C. 1983 form to Be file into their Court system. Also I ask the Court to send me copies of 1983 forms, Also I ask this court in pray, to mail me a form pauperis form, Because I'm Indigent Inmate, But I can pay 20% percent. Everytime I recieve money. I file different Motion into the 31st J.D.C. Jennings, LA. My Due process rights is Being Violated By Judge That was my Attorney for 4 years in Jefferson Davis Parish. Jennings, LA. 1996 Judge Gunnell Resign from my Case as Conflict of Interest, We got into a Small Arguement. It is in my Court minutes, Resign from my Case in my trial 1996. Here I Been filing different Motion. Judge Gunnell, has been Denied to hear my Motion in 31st J.D.C. I Have file over 5 motions into 31st J.D.C. Since 10-1-22, I'm being Held without Bond in Jail. for No reason. Every body Else getting bonds in Jennings, LA I have Not Been in Trouble Since 1996, They trying to Put charges on me, thats not my charges. I need this Court Help ASP. Thanks for your time and Attention. Submitted By

Emile Hawkins