

22-cv-6218 Sec P

Emile Howard Vizina
Fox #4
P.O. Box 863
Jennings, LA 70546

Legal Mail

I Need Copies of
1983 Form sent 11-22-22

U.S.D.C.
Western District of Louisiana
800 Lafayette St. Suite 2100
Lafayette LA 70501

70501.8880

EXPRESSED FORCEFORCED DELIVERY

U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

DEC 1 9 2022

TONY R. MOORE, CLERK
BY:
DEPUTY

CONTENTS UNSORTED
INMATE MAIL
PARISH JAIL
JEFFERSON DAVIS

BATON ROUGE LA 707
12 DEC 2022 PM 1 L

HAPPY HOLIDAYS

I Need Copies of my 1983 Form
Filed of Jennings Jefferson Davis Parish
12-11-22