22-cv-6218 Sec P

United State District Court
Western District of Louisiana
                                                        Pg. 1

State Of Louisiana
Jefferson Davis Parish Sheriff
        V.S.                              DOCKET: #CR 1154-22
                                          CR-11048-22  CR11047-22
Emile Hawkins

U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

DEC 19 2022

WD

TONY R. MOORE, CLERK
BY: _____

"Motion For Preliminary Examination"
"ORDER FOR Bail"
"Motion For Change of Vengeance"

The Defendant, through Undersigned Pro Se moves to the United State District Court to immediately Schedule a Preliminary Examination Because the Defendant Has been Arrested for A Felony with no Evidence under the provision of C. CR. P. Art. 292.
The Defendant is entitled to A "Preliminary Examination", "Motion For change of Vengeance", Motion For Bail" And said Motions. See herein, Examination should Be held immediately, Motion For change of Vengeance

ORDER

Considering the foregoing "Motions" It is Ordered that the "United State District Court" grants the Defendants "Motion For Preliminary Examination", "Motion For change of Vengeance", "Motion For Bail" THE CLERK OF COURT SHALL IMMEDIATELY SCHEDULE THE "MOTION" EXAMINATIONS ON THE NEXT AVAILABLE COURT DATE.

BACK SIDE OF PAPER

ORDER

And It is further Ordered that the State of Louisiana" Jefferson Davis Parish Sheriff Office Show Cause on the ___ Day of ___ 20 ___ at ___ O'Clock ___ m. Why the Court should not release the Defendant from Custody and/or reconsider And reduce the Defendant Bail Obligation. This ORDER signed in ___ Louisiana This ___ Day of ___ 20 ___

X _____    Western District Judge
Please Serve    X _____    U.S.D.C.

ORDER

Considering the foregoing "Motion to Set Bond filed by the Above named Defendant. It is Ordered that Defendant be released upon posting a bond in the Amount of ___ OR it OR it the Alternative, It is Ordered that the foregoing motion be filed and that State of Louisiana Show Jefferson Davis Parish Sheriff office Show Cause on the ___ Day of ___ 20 ___ at O'Clock ___ m Why the motion should not Be granted. This Order Signed in Lafayette, LA This ___ Day of ___ 20 ___

X _____    X _____
Through U.S. District Attorney    Judge
Please Serve

**JEFFERSON DAVIS PARISH JAIL**

**INMATE REQUEST FORM V6/13**

NAME: _____    LOCATION: _____

Tell us:

- What you are requesting

- Why you are requesting it

- Use the other side of the paper if you need more space.

Any motion I file into their court System. My Due process rights they been violating I Been in Jail 9-26-22. I file motion into their court, They refuse to answer my 1983 form I Been file into their Court System 10-10-22. Thanks for your time And Attention to this matter. submitted By

Emile Hawkins

**DO NOT WRITE BELOW THIS LINE!**

Received by Deputy: _____

Date Received: _____

Response: I need your Clerk of court to send me copies of The 1983 form. I'm leaving JA Jail House. They give you no copies.

Response By: _____

Date: _____

United State District Court                    pg 1

Western District of Louisiana

State of Louisiana                    BACK of paper

Jefferson Davis Parish Sheriff

V.S.                              Docket:

Emile Hawkins        12-10-22

I File 1983 Form Into your court
may I get copies of my 1983 Form from your

TO: Whom It May Concern

Dear, Clerk of Court

I'm forwarding to this Western District
Court. 3 Motions in One form of Order. Also
Clerk of Court, I. forward to this Court 1983
form, to Be file into your Court system.
Because of the Due process right Visitation.
I'm receiving in Jefferson Davis Parish 31st J.D.c.
Conflict of Interest, with Judge Steve Gunnell
Not Expecting none of my Motion, I file into
their Court System. I Been filing 1983 form
Since 10-10-22, And Different motion into
the 31st J. D.c. I have Been Shown favoritism
into the 31st J.D.C. I Been filing Motion into
their Court. They Refuse to Answer my