

Emile [illegible] Fox #4
P.O. Box 863
Jennings, LA 70546

Legal Mail

I Need Copies of
1983 Form Sent 11-22-22

22-cv-6218 Sec P

U.S.D.C.
Western District of Louisiana
800 Lafayette St. Suite 2100
Lafayette LA 70501

EXPEDITED FORCED POST DELIVERY

JEFFERSON DAVIS PARISH JAIL INMATE MAIL CONTENTS UNCENSORED

U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

DEC 19 2022

TONY R. MOORE, CLERK
BY: _____
DEPUTY

BATON ROUGE LA 707
12 DEC 2022 PM 1 L

*HAPPY* HOLIDAYS

I Need Copies of My 1983 Form 12-11-22