

*(Rev.* **RECEIVED**

JAN 17 2023

TONY R. MOORE CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA
BY_____

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAKE CHARLES DIVISION**

**EMILE HAWKINS #290101**                    **CASE NO. 2:22-CV-06218 SEC P**

**VERSUS**                                   **JUDGE JAMES D. CAIN, JR.**

**STATE OF LOUISIANA ET AL**                 **MAGISTRATE JUDGE KAY**

**COMPLAINT**
**PRISONER CIVIL RIGHTS UNDER 42 U.S.C. § 1983**

I.   **Previous Lawsuits**

   a.   Have you begun any other lawsuit while incarcerated or detained in any facility?
        Yes ☐   No ☒

   b.   If your answer to the preceding question is "Yes," provide the following information.

        1.   State the court(s) where each lawsuit was filed (if federal, identify the District, if state court, identify the county of parish):

        _____

        _____

        2.   Name the parties to the previous lawsuit(s):

             Plaintiffs:  _____

             Defendants:  _____

        3.   Docket number(s):  _____

        4.   Date(s) on which each lawsuit was filed: _____

        5.   Disposition and date thereof [For example, was the case dismissed and when? Was it appealed and by whom (plaintiff or defendant)? Is the case still pending?]:

        _____

   c.   Have you filed any lawsuit or appeal in any federal district court or appeals court which has been dismissed?
        Yes ☐   No ☒

Page 1 of 4

*(Rev. 12/8/2020)*

If your answer to the preceding question is "Yes," state the court(s) which dismissed the case, the civil action number(s), and the reason for dismissal (e.g., frivolity, malice, failure to state a claim, defendants immune from relief sought, etc.).

_____

_____

II.    a.    **Name of institution and address of current place of confinement:**

Jefferson Davis Parish Jail House, P.O. Box 863 Jennings LA 70546

b.    Is there a prison grievance procedure in this institution?
Yes [7]    No ☐

1.    Did you file an administrative grievance based upon the same facts which form the basis of this lawsuit?  Yes ☑ No ☐

If "Yes," what is the Administrative Remedy Procedure number?

Request Grievance form But Dont reply Back to you.

2.    If you did not file an administrative grievance, explain why you have not done so.

They Refuse to give you grievance form here at this prison & They give you Request form Dont Answer.

3.    If you filed an administrative grievance, answer the following question.  What specific steps of the prison procedure did you take and what was the result?  (For example, for state prisoners in the custody of the Department of Public Safety and Corrections: did you appeal any adverse decision through to Step 3 of the administrative grievance procedure by appealing to the Secretary of the Louisiana Department of Public Safety and Corrections? For federal prisoners: did you appeal any adverse decision from the warden to the Regional Director for the Federal Bureau of Prisons, or did you make a claim under the Federal Tort Claims Act?

Request forms is what they give you But they Dont Answer it & it is Dealing with staff member Kiosk MAChine COURT ORDER mAChine Attach a copy of each prison response and/or decision rendered in the administrative proceeding.

III.    **Parties to Current Lawsuit:**

a.    Name of Plaintiff:  Emile Hawkins

Page **2** of 4

(Rev. 12/8/2020)

Address: P.O. Box 863 Jennings, LA 70546

b. Defendant, Locke, CASWELL, HoilwAy WARdeu, is employed as
Warden, ASS. WARden at Jefferson DAVIS CORRECTION

Defendant, Cindy / MichAEL / LAmBAR, is employed as
LPN / RN Nurse at Jefferson DAVIS CORRECTION

Defendant, BROSSARd, JosHuA, LAndRy, CARSWELl is employed as
STAff Member at Jefferson DAVIS CORRECTION

Additional defendants: Kitchen STAff member "John Doe.
300 N. STATe ST. P.O. Box 1449 Jennings, LA 70546

## IV.    Statement of Claim

State the **FACTS** of your case. Specifically describe the involvement and actions of each named defendant. Include the names of all persons involved in the incident(s) or condition(s) giving rise to the lawsuit, and the dates upon which and the places where the incident(s) and/or condition(s) occurred. **YOU ARE REQUIRED TO SET FORTH ONLY FACTUAL ALLEGATIONS. YOU ARE NOT REQUIRED TO SET FORTH LEGAL THEORIES OR ARGUMENTS.**

On 9-16-22 To 1-10-23 I Been having my rights Being Violated By Jefferson Davis Sheriff office Staff Member, False Imprisonment, Search And seizure Rights Being Violated, Denied of Medical Attention, Due process rights violations, 72 Hours Disciplinary Board Hearing, Food Poision Cross Contaminated, State of Louisiana 0.85 Decm Loud Noise REDuction cAuse Lost LEFT EAR; FAN Blower Broke 11-7-22 9:30 pm, CAuse DAmage To plaintiff EAr Drum can't hear out of EAr Parish JailHouse gAve no Medical Attention To matter of plaintiff EArDrum, Jost of Property phone Card other Items, StAff Member left plaintiff Items in Down Delta cell #2 Inmate Stole all plaintiff Items out of cell, and use his phone Card while Plaintiff on Isolation 9-21-22 To 10-5-22

Statement of fact                    Pg1

On 9-16-22 I was at a friend House Charile
Daniels House. Wanting outside for Mr. Daniel
To wake from sleeping. As I was Outside Mr. Daniel
House, Jefferson Davis Task force Sheriff Office Drove
up to 712 Lucy St. Jennings LA. Task force
Jump out of SUV and trucks looking for a
Dude call Gary Hill; stating they had 3 Warrant
for His Arrest for selling Drugs to an undercover
Agent. Task force to the outside of the House
Where I was. Hollaing get Down on the Ground
right fucking now. I Hawkins Told Task force I
could not get Down on the ground fast. But my
Hands ways in the Air. Pull my shirt up showing
them my ribs and I Could move fast Because I
Been ran over a by a SUV. Task force walk up
Behind me threw me on the Ground for No give
reason. Hawkins states he had not Been in
Trouble with the law. I was thrown Down
hard to the ground. I was search Down Lying
Down on the ground By Task force. I ask Task
force why they was shaking me Down. they
Told me to Keep my mouth Close. Where is Gary
Hill they have a search Warrant for his Arrest.
I Told them I Don't have time for that. I Don't
know where No Body at in Jennings. I Just
got Drop off at this 712 Lucy St. 30 minutes
Before They Drove up. They Pick me up Took me to
the front yard of Mr. Daniels House.

P-2 I ask to go to the hospital for my Ribs and shoulder. I was refuse Medical Attention. I was Put in police car with No Warrant. Body Camera of Task force was on Recording Every thing of Task force Movement upon Arrived at 712 Lucy St. Defendant Hawkins name was not stated No where on a search Warrant Task force, Body search Warrant, Property search warrant Had Hawkins Name No where on it. Task force had No Drug warrant on Hawkins. Also had No Arrest warrant for his Body. No proff of Evidence of Drug can Be found on Hawkins Body. Drug was found in the Home of 712 Lucy ST. in the Room of Gary Hill who Task force had the warrant on 9-16-22. No warrant was signed for Hawkins Body. 31st J.D.C. State Gunnell 9-16-22 signed Hawkins name No warrant for Hawkins Body To Be Arrested or Body To Be search at 712 Lucy St Jennings, Task force violated Hawkins search and seizure Rights in Louisiana Drug was not found Hawkins for Hawkins To Be Taken to Jail, Drug was found in a Lock room Inside The Home of 712 Lucy ST. Hawkins was Outside the Home of 712 Lucy ST. Jennings, LA The was Lock Because Mr. Daniel was sleeping Inside his Home with Door Lock,

P3

31st Judicial District Court

State of Louisiana

VS.                                           Docket: CR-1107-22
                                                      CR-1158-22

Emile Hawkins, PRO-Se          Clerk of Court

"Motion To Squash Charges Because: Lack of Evidence", "Motion with Affidavit Signed By Victim Russell Comeaux" Home Invasion and Battery charges 1002 West Division ST, Jennings LA 70546. "Motion For Preliminary Examination", "Lack of Evidence", 712 Lucy ST, Jennings, LA "Order For Gary Hill Body", "Motion For Discovery D.A. Files",

To: Clerk of Court:

May I Plead the Court. Defendant through undersigned PRO-Se, makes the Court to immediately schedule 31st J.D.C. Because the Defendant Alleged He Has been Arrested for Drugs found inside the Home 712 Lucy ST Jennings, LA Belonging to Gary Hill and Charlie Daniels Home owner, Drugs was found in a Room Belonging to Gary Hill that had A Combination Lock on Mr. Hill Room Door. That's where Task force found Drugs and other Evidence in Room 9-16-22. On 9-21-22 Parish Jail House Isolation cell #5 Gary Hill was place in, Hawkins was in cell #2. Gary Hill Told Hawkins he sold Drugs to a Under Cover Agent at a Hotel at the Morning Hours 9-16-22 that why Jefferson Davis Parish Drug Task force was at 712 Lucy ST, Jennings, LA with 3 warrants for Gary Hill Arrest. Here I Defendant Hawkins Alleges PRO-Se. Task force of Jefferson Davis

Parish Sheriff Office" Had No search warrant 9-16-22 7:00—9:00 Am For Hawkins Body to Be Arrest at the Home of "712 Lucy ST. Jennings, LA Task force Violated Hawkins Rights of Search and Seizure rights Louisiana State law. Task force Had No legal Search warrant for Hawkins Body. Hawkins Name was Not stated on No warrants Task force had at 712 Lucy, Jennings, LA Task force Drug Agent found Hawkins Outside of the Home Mr. Charile Daniels, Hawkins was outside the Home waiting on Mr. Daniel to get up from sleeping for owner to wake up open his Door. The Task Force Agent Body Camera will proves at prelemenary Examination, No Drugs or Evidences was found on Hawkins Body or 5-10 feet around Hawkins Body. Hawkins Body was outside During the time of Task force search of Drugs for home. Drug was found inside the Home of a Back-Down Room Task force found No Drugs on Hawkins Body. Also Task force had No legal search warrant for Hawkins. No warrant state Hawkins Name on it. Hawkins Being Held illegal in Jail House Drugs was not found on Hawkins to Take Him to Jail. or No warrant for the Body of Hawkins was warrant for Hawkins. Comparable Case To Hawkins "State VS. Arthur Etinnie 1994 for Drug Case In Jennings, LA Drug Bust was on Summers ST. Jennings, LA Etinne was outside the Home Also Compare

pg 5

9.16 on 9-16-22 I ask Task force for some Medical Attention Because I hurting from them throwning me on the ground. my Ribs Was friction out of place again from task force throwning me on the ground, my shoulder came out of place again also, I just got heal from a car wreck hit and Run on me, my Body was not heal from that, I showed Task force my Ribs sticking out by my Side. 12-21-22 I can't sleep in Jail my shoulder causes me pain every night, still I got no medical Attention or got pain pills for my shoulder Acheing me every night, upon my stay in Jail. 9-21-22 Review camera in Delta Dorm, I was sick from my Ribs was sticking me in my side causing me pain and where I couldn't eat my food I throw up, my Ribs was sticking me in my stomach. Causing me to throw up my food every time I try to sleep, I can't sleep. I Put the Bottom for pgraph Jail staff member to get me medical Attention Because I was throwning up, 10:50 AM, staff member came in the Dorm Delta told Hawkins to Put his hand behind his Back, Hawkins was not taken to medical to see LPN nurse, staff member took Hawkins to Isolation to Be punish for no reason Hawkins asking staff member for medical Attention Hawkins was put into Isolation to Be Punish for no given reason no Disciplinary Action was By Hawkins for him to Be put on

P6 Isolation 10-7-22 Hawkin was move Back to the Dorm Delta. For scream. Needed. Hawkins was place on Isolation being Punish By Disciplinary Action without a fair Hearing! of 72 Hours Hearing. Louisiana State Law. Hawkins was punish By staff member without a Disciplinary Board of 72 Hours Hearing. Due process 72 Hours Hearring Federal and State Law was Violated By Jefferson Davis Parish Jail House staff member. Hawkin was not given a chance to face His Accuser of Disciplinary Action of Him. Being place on Isolation 9-21-22 to 10-5-22. upon that Hawkin was punish 72 Hours after 10-5-22. Hawkin punishment Did not end until 10-8-22. Staff member Violated Hawkin 72 Hours punishment without a Board. Hawkin spent Extra time on Isolation for No reason. 10-8-22 Hawkins spent on Isolation. Staff member telling Hawkin he had No Nights in Jail House. Staff member never brought Hawkins item he had in cell #2 Dorm Delta I had a phone card with other Item in my cell #2 Delta Dorm. I Hawkins when I came off Isolation 10-8-22. I had no phone card to call my family or Lawyer, because staff Member left Inmate Item in Delta Dorm for Item to be stolen. Camera Can Be review for proff. of my missing property. Hawktas was Inform administrator that will pay Him for His Item staff member left in Delta Dorm.

Pg 7 On 11-7-22 between the Hours 9:00 to 10:30 pm I was on Isolation in cell #2 sleeping when a loud noise woke me up out of my sleep (Camera Can Be Review) I was woke from a very loud noise over in cell #2 Isolation. Louisiana State Law Noise Reduction Loud Noise 0.85 Decm. cause a person to go Deaf or Lose of Hearing of Ear. I woke up out my sleep Because of a Fan Blower Broke in the Jefferson Davis Parish Jail House. The Fan Blower Broke Noise was so loud it pop my ear Drum. when I sat up on the Bed to see what was making the loud noise and where it was coming from after 2 minutes of me sitting on my Bed my Ear pop on me I Couldn't hear Nothing out of my Ear. Today 1-8-23 I still Can't hear Nothing out of my ear. When this matter happen I notice the noise was coming from a Vent in my Cell. So I try to cover the Vent up in my cell #2 so I want hear the noise in my ear. I was written up with a Disciplinary report from Trying to cover up the loud noise. Staff member came to my cell #2 looking at the Vent where the Loud noise was coming from in my cell. Staff member told me to put some Toilet paper in my ear, I want hear the loud noise, then started Laughing Review Camera cell #2. Staff Member then reply we Can't do nothing about the and walk away, next I was told to go to sleep. The noise was coming out the Vent was Very loud It pop my Ear Drum. I was not given No ear protection or No Medical Attention By staff member for the injuries cause to my ear staff member told me to put toilet paper in my Ear.

pg 8

Ok, I fill out a sick call to see a Doctor. I seen a Lpn male Nurse about my ear. I refuse to see male nurse. Because he Busted a Inmate West Ear Drum and sent him to the Hospital LSU Lpn male Nurse mess up Inmate West Ear up. So I refuse to see that Day. I fill out another sick call to see female Lpn Nurse. I was seen By Lpn Female Nurse 2 Days after I fill out sick-call. she was refusing to see me. 11-12-22. Lpn Nurse look at my ear. Lpn said she was Ordering me some medication for my ear. she never Did Order Medication for me. I had to put another sick-call form in Because my ear kept Hurting me. causing me Headache As today. I can't hear out of my left Ear. 12-23-22. I ask to go see a Ear Doctor. I Been Refuse of Medical Attention Cause By Parish Jail House on Top of Thes, I was never given any medics Treatment from Parish Jail House Warden or any other Cause me not to hear in my left. it feel like I'm a Deaf person when I talk I can hear In my left ear. 12-23-22. I was never given any medical treatment from Parish Jail House Warden or any other staff member their Fan Blower Broke and cause me not to hear in my left ear. it feel like I'm a Deaf person when I Talk. I can hear my voice encho in my head. Plus my Ear ring all Day. I can't hear out of my left. I have put sick-call after sick-call in By for this matter Also. I Have Put request in Telling Warden and Supervisor about this Matter. Also I Have Put Request in 11-7-22 To 11-12-22 4 Day of loud voice in my Ear.

upon 11-10-22. I was eating my Breakfast in Isolation cell #2. (camera can Be Review) cpl Hawkins found female long hair in my food. I Hawkins still have the piece of hair DNA Test can prove the hair Belong to a female person work in the kitchen, They Cross Contaminated my food, Also cause me To be sick for some days throw up, causing me stomach problem, causing me to use the Bath room alot. I fill out a sick call on this matter. also likely medical Attention was given to cause By kitchen staff member. food poison my food. I was in Isolation cell #2. I Told Warden about matter. How the piece of kitchen lady hair was in my food. never recieved a reply to the matter, or answer my Request form. I ask for a grievance form all the Time They never give you one, Due process right. Access to Court. Violation.
   Every matter Warden was notify of different violation of my right Happen Here in this parish Jail. They tell you Don't fill any more Request or they write you up, and put you on Isolation for fighting for your right in Jail. Staff member and LPN nurse Tell Hawkins He have No right in Jail, Hawkins is a Pre-Trial Detainee in Jail House waiting for Judge to give Him a Bond, Hawkins Been waiting on Bond since 9-16-22. Today 12-23-22 No Bond Set on Hawkins

Also, Hawkins Due process rights have Been Violated. They Hold Disciplinary Board give you a punishment without Cross examine your Accuser. Same thing Happen over here in this Jail House. Whatever the Staff member say Happen you be punish for it with a Disciplinary Board. They Don't give you a bead. They Just give you time in Jail House. Staff member can Be lying on you about serious matter. If you write to the Warden about the matter. They say staff member is right all the time. I ask the Warden for my request form. They have no number on the Request form. They punish you for your crime you Don't even Do. Staff member can say you Did something to on you. They punish you for it with a Disciplinary Board of a fair Hearing to fight for you rights at your Hearing. Also you have court papers They play crazy with your legal mail. Jefferson Davis Be Violating inmates rights since I Been in Jail House 9-16-22. They put Hawkins on Isolate for no given reason. They have a Kiost machine They use form To Be statement of your problem alot problem is Done on Kiosk machine over here at this parish Jail House. I ask for the form I file form medical and Staff member

(Rev. 12/8/2020)

**V.    Relief**   *See Attached paper For Relief*

State exactly what you want the court to provide to you or do for you. Make no legal arguments. Cite no cases or statutes.

Plaintiff pray. for Order Be granted and Relief for Jury Demand, It hereby Ordered that the foregoing 1983 form Be granted Day of _ 20. Order Prelimary Examination of 1983 form for False Imprisonment, False Arrest, should Be Held Immediately under provision of C.CR.P Art 292 *Attached paper*

**VI.    Plaintiff's Declaration**

a.   I understand that if I am transferred or released, I must apprise the Court of my address, and my failure to do so may result in this complaint being dismissed.

b.   I understand that I may not proceed without prepayment of costs if I have filed three lawsuits and/or appeals that were dismissed on grounds that the action and/or appeal was frivolous or malicious, or failed to state a claim upon which relief may be granted, unless I am in imminent danger of serious physical injury.

c.   If I am located in a prison participating in the Electronic Filing Pilot Program, I consent to receive orders, notices and judgments by Notice of Electronic Filing.

Signed this ____7____ day of __Friday__, 20 23.

_____          _____
**Prisoner no. (Louisiana Department of**                    **Signature of Plaintiff**
**Corrections or Federal Bureau of**
**Prisons**

V. Relief:

He is entitled too. It is further Ordered that the Jefferson Davis Sheriff Office, State of Louisiana Show cause on the ___ Day of ___ 20___ at ___ O'Clock ___ m why the Court should not release Defendant upon false Arrest, illegal search and Seizure Rights. Also Court granted Ordered of Mr. Gary Will Body to be present into the W.D.C.; And why 1983 form relief should not be granted Jury Demand. This Order Signed in Louisiana. This ___ Day of ___ 20___. Order please Serve ET AL Defendants in said 1983 form for Plaintiff rights Being Violated in The State of Louisiana Between (9-16-22)(12-23-22). Plaintiff Rights Violated in State of Louisiana 1st 5th 6th 8th and 14th Amendment Rights. 0.85 Decm Louisiana State Law Loud Noise Reduction 6x9 cell Confinement. Loud Noise To Ear Drum. 0.85. Also No Ear protection. No medical Attention To matter. Refuse of Eye Doctor, Left Eye Blind. Food poison Cross Contaminated food piece Hair. Food in Guts of food. Order Hair DNA Test. Emotion Distress, liberty interest, Excessive force Pain and Suffering, Due process rights. Refused of Medical Attention. Plaintiff for Relief from Jefferson Davis Parish Sheriff office task force Throwing Plaintiff Hard on ground causing 3 Ribs and shoulder To be out of place $500,000 Dollars for rights being Violated. Show why money Damage should not be granted On This Day of ___ 20___. And Court grant any Other Relief. Submit

# ORDER:

Emile Hawkins pray for Relief as Stated plaintiff Order and Relief for Jury Demand.

It hereby Ordered, that the foregoing 1983 form Be granted. Day of ___ 20 ___.

Order Preliminary Examination of 1983 form should be held immediately of 1983 form provision of C.CR.P. Art 292 he is entitled too.

It is further Ordered that the state of Louisiana show cause on the ___ Day of ___ 20 ___ at ___ O'Clock ___ M. why the court should not release Defendant in parish Jail House. And why 1983 form relief should not Be granted Jury Demand. This Order Signed in Louisiana. This ___ Day of ___ 20 ___.

Please Serve ET AL Defendant in said 1983 form

Plaintiff rights Violated 9-16-22 To 12-23-22 False Imprisonment, Medical Attention and Medical refused Eye Doctor. Due process rights, 1st 5th 6th 8th and 14th Amendment right was Violated. 0.83 Dec m Louisiana State Law for Loud Noise Reduction Violation $500.000 Dollars, for Loss of left Ear Drum.
$100.000. Food poision Cross Contaminated food $1000.000 Dollar, refuse of Medical Attention Eye and Ear Drum pain and suffering. plaintiff prays for Relief from parish Jail House. Emotion Distress, Liberty interest, Excessive force Pain and suffering Due process rights, 5 How why money Damage should not Be granted said on This ___ Day of ___ 20 ___.