Ask her to call my ole lady and tell her to yet a new phone number so I can call on Sunday. Tell her if she could put some money on my books I need some new cloths I gained some weight and ~~They are tight as me~~ The ~~a~~ ones I got when I got here dont fit any more. Tell her I'll call back later today and see it she talked to her yet

**JEFFERSON DAVIS PARISH JAIL**

**INMATE REQUEST FORM V6/13**

NAME: Javari Guidry          LOCATION: Fox

Tell us:

- What you are requesting

- Why you are requesting it

- Use the other side of the paper if you need more space.

what is my account Balance?

**DO NOT WRITE BELOW THIS LINE!**

Received by Deputy:_____

Date Received: _____

Response:

$12.05

Response By: Landry 665

Date: _____

## NOTICE FROM U.S. DISTRICT COURT - WESTERN DISTRICT OF LOUISIANA

Emile Hawkins (PrisID: 290101 )
Jefferson Davis Correctional Center
P O Box 863
Jennings, LA 70546

---

Case: 2:22-cv-06218 #4
16 pages printed: Thu, 29 Dec 2022 16:21:12

---

**JEFFERSON DAVIS PARISH JAIL**

**INMATE REQUEST FORM V6/13**

NAME: ~~████████~~   LOCATION: Fox

Tell us:

- What you are requesting

- Why you are requesting it

- Use the other side of the paper if you need more space.

~~can u tell me~~ my account Balance please

**DO NOT WRITE BELOW THIS LINE!**

Received by Deputy:_____

Date Received: _____

Response: ~~████~~

Response By:   Richert 590

Date: _____