Emile Hawkins
Box # 4
P.O. Box 863
Jennings, LA, 70546

X-RAYED

JAN 11 2023
BATON ROUGE, LA 708

Legal Mail

United States District
Western District Court
Clerk of Court
300 Fannin Street, Suite 1167
Shreveport, LA 71101-3083

RECEIVED

JAN 17 2023

TONY R. MOORE CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT LOUISIANA
BY_____

JEFFERSON DAVIS
PARISH JAIL
INMATE MAIL
CONTENTS UNCENSORED