Dear Clerk of Court

22-cv-6218 Sec P

29010

~~I Need my money Back~~

I Have 3 serious Matter at Hand Here at Jeff Davis Parish Jail House. Since 1-23-23 Here at Parish Jail House Your Federal Court Sent A Court Order for these 5 staff Member who work Admin. Dept to take 20 percent out of Every Money Order I Received. Admin of Jeff Davis Parish Breach Contract from 1-23-23 To 5-25-25. They Been Taking all my money Order and sent it to your Court. The Contract was 20 percent of Every Money Order Received. They J.P. Pi. S. Admin Staff Took Money from my Saving Account and sent it Your Every Money Order I Received from my ~~Family~~ They Took it from me sent it to your Court which it Became come Theft from money out of my Account. When Your Court Received $190.00, $200.00, $60.00, $30.00, $200.00, $40.00, $25.00, $20.00, $40.00, $60.00, $80.00, $140.00, $20.00, $30.00, $30.00, and $50.00 Last money Order was $20.00 Dollars. OK Our Court Agreement Deals with 20 percent out of Every Money Order. This is A Court Order. By Federal Judge. For Admin to Take only 20 percent. Federal. This Contract. from 1-23-23 To 5-25-25 They Been Taking all my

RECEIVED
U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

MAY 19 2025

BY:_____
DANIEL J. McCOY, CLERK

Money and for defending it to the court of in me Telling me I Had to pay you all your Money Every time I Received Money Order from my family they my Money Order from me from The year 1-23-23 To 5-25-25 my we Taken out of my Account and sent to your court Only 20% percent is our Agreement out of Every Money Order they J.D.P.S. Admin Breach your Contract of the 20% percent Agreement under 1983 form. I would like the court to forward all my Money Back to my Account from 1-23-23 To 5-25-25 every Money Order you Received from Admin Dept J.D.P.S. Breech Contract If you Need Names of the person who Breach Contract of 20% percent I Can forward their Name who Took all my money from my Account they Took all Money Order from and sent it you without Taking 20% percent Breach Contract. 20% percent sign by Judge, I need my money back before 1-23-23 To 5-25-25. THANK YOU

PAGE 3

give me the time to eat my food. I'm saying let me go to sleep. Let me eat my food. I'm Hangry. He reply I give you 5 minutes. Hurry up. He reply. Time up. I'm kept eating my food. Because I was Hungry. 3 more staff came in saying give us the food tray. He will count down from 10 - 1. 3 more officers reply your time. I told officers I Just want to eat my Breakfast. They reply you Had time. As I was eating my Food. I was sprayed with mase, as I was eating. I Ask the officer why your sprayed me with mase. Next time you give us your Tray. Ran in cell & Beat me up. Took me a part of the Jail and Beat me up. I woke up in a Lock Down chair for no reason. I ask, why you officers Beating me up. Behind a food Tray. I was going give you your the food Tray. They reply its is Too late. For all That stuff. I was Beaten up By 3 officers sprayed with mase. Behind a Breakfast tray. I was trying to eat. my Tooth was knock out of my mouth. I woke up. Tooth was missing out of my mouth. When I was Book into Jail my Tooth was into my mouth ok. I T.Hawkins woke up with pain in mouth. never seen a Dentist for my Tooth

① J.D.P.J.S. was in wrong Doing for coming into my cell #6. food Tray. (1) They Don't work for, Tiger Mart to pass out food Trays & cup. They are Not Employeed of Tiger Mart. and they Not on Tiger mart Insurance policy to Pass out food & cup.

② J.D.P.J.S JoB title is To Open Door for food To be Serve, open pan Holes for Inmate to Put food in Tray pan Hole & Protect Staff & Inmate from Hurting Someone. Tiger Mart Sign no Application with J.D.P.J. To touch Inmate Food.