**Jefferson Davis Parish Jail**

Inmate Request Form v6/13

Name _Emille HAWKiNS_          Location

Tell us:
- What you are requesting.
- Why you are requesting it.
- Use the other side of the paper if you need more space.

Do not write below this line.

Received by Deputy: _____

Date Received: _____

Response: _____

Response by: _____

Date

---

*Handwritten overlay text (in blue):*

To: Warden Powell 4-29-25 JaspADer

① COMPLAINT: TOOTH KNOCK Tiqed OUT my mouth FOR NO REASON 4-12-25 4-STAFF officers  5 Day To Response

② COMPLAINT: Food Poison By STAFF WARd 4-23-25 4800-6:30 AM BREAKFAST Time  5 Day To Response  Fox #2

"BLACK LiFe MATTER!" YES!

2 matter OCcure in J.D.P.J. Between 4-12-25 → 4-23-25 J Hawkins was Booky into the J.D.P.J 4:30-6:30 AM Staff Ward and 3 other staff member people Breakfast — TSO #6 J was sleeping. J was tired Coming Down from a Drug High a Guard Told me get my food from the pan while ge euple me from my sleep. J Did get my food from the pan Hole J went to sleep. Ward came Back told me to Eule me food tray. J Told Him. J Told Jim J FAll Aslee

BACK side! J receive a response in Inmate Rule within 5 working day of submission

BlAck LiFe MATTER TooTH OK OUT

BLACK LaBomb The Rage #2

Next my Cell #6 Door was open. I was still eating my Breakfast. I was Hungry. 3 more office was with Laundry & carried to morrison. I was sprayed with Pepper mase. 3 officers was in Cell. throwing me to the ground for the Food Tray. I reply to the officers. I Just Want to eat my Breakfast. They reply you bad time, I reply. I was tired. I don't know what time it is. why is our officers beating me up Behind a Food Tray. I was going give you the Tray Back. 1 officers Reply its to late. I was Beat up By 3 officers sprayed with mase. Behind a Breakfast Food Tray. I was trying to eat. They count down from 10 to give me time to eat my food and said time up, Ran in my Cell Beat me up, Next put Hand-cups on me put me in a chair Hand-cup. I woke up in the Chair. I Was knock-out. from 3 officers Beating up on me, I stayed the Chair Hand-cup for some Hours. I woke-up. my Head was Hurting Blood in my Mouth, my Tooth was knock-out of my Mouth. when I was Book in Jail my Tooth was in my mouth. I went Through the Body-scam my Tooth was in my Mouth. OK! I woke-up from a Drug-High. from the Streets. I learn, I was in Jail. OK! officers was in the wrong from putting food in pan-Hole- and Pick-up food from pan-Hole. Tiger Mart who service food in Jail. Don't let officers Touch Inmate food.

Next page →

**Jefferson Davis Parish Jail**

Inmate Request Form v6/13

Name _Emile Hawkins_          Location _Cell # 6_

4-23-25

Tell us:
- What you are requesting.
- Why you are requesting it.
- Use the other side of the paper if you need more space.

On the 4-12-25 When me was book in this Jail Breakfast I was sleeping 4:30 Am - 5:30 Am I Woke up to eat Breakfast I was tired & High come Down Officer 20 and told me to get food out they from the Dam hole I Did. Next IS remind Him Do you give me your Travel Joat I Woke-up I Said. of you word I was tired I Well Back to sleep. Wet me eat my food I'm Hungry. He Reply No. I kept eating my food. Nothing on my stomach.

Do not write below this line.

Received by Deputy: _____

Date Received: _____

Response: _____

Response by: _____

Date _____