Emile Hawkins 29101
Alpha #2 J.D.P.J.
P.O. Box 863
Jennings, LA
70546

W.D.F.C.
Western District Court
800 Lafayette ST.
Suite 2100
Lafayette, LA 70501

BATON ROUGE LA 707

14 MAY 2025 AM 2 L

X-RAYED
JEFFERSON DAVIS
PARISH JAIL
CLEARED FOR DELIVERY
INMATE MAIL
CONTENTS UNCENSORED

RECEIVED
U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

MAY 19 2025

DANIEL J. McCOY, CLERK
BY: _____

7050186800