RECEIVED
U.S. DISTRICT COURT
WN DISTRICT OF LOUISIANA
MAY 19 2025
ELL J. McCOY, CLERK
BY_____ KW

Dear Clerk of Court
I Emily Hawkins was in J.D.P.J. on 5-12-25
Maxwell Charles was in my Cell, I'm parish Detainee
I was put into Inmate charly cell. I'm pre-Trail in
J.D.P.S. I Have Bond $50,00 Dollas, D.A. Have not except,
my charges yet like of Evidence. I was put @ O.C. Inmate
in Louisiana it against the to Put a DOC Inmate
in Cell with parish Detainee, is right. If so that
Then take all people in parish Jail Hold them
in prison If you can Have parish Detainee Together
with DOC Inmate Then Take people out of parish
Jail House and Put them in prison. NoBody should
Be Put in Jail House With DOC inmate. I Hawkins
54 years old # 290101 was Put in Cell with young Black
Male DOC Immate when the Law Change when
you Can Put DOC Inmate with parish Inmate
That pre-Trail Inmate with DOC. my life wa
Put in Danger with DOC Inmate.
     I Hawkins Have Cases in the Federal Court. I
paco a Law yu to Take of my Case. Attorney at Law
Name Robert Tansberry was pardy 10,000 Dollar to take
of my Criminal & Cirtil Case from 4-23-23 to
4-25-24 He Attorney Tansberry was to
Handle all my Cirtil Cases in Federal Court

Attorney DunsBerry was our Attorney Matter Back in Louisiana, OK. Attorney DunsBerry Told me. He Have To wait on the Courts to pay me Back my money of $4,000 Dollars He Owe me for not Doing my Civil Cases in Federal Court. He was my Attorney I hired To Represent me in Federal Court. Louisiana Bar Ass. Took His License from Him. SO He Can't Do Law in Louisiana any more. Mr. DunsBerry Just as last month Inform me. He waiting on a Settlement in Court from His wife. He will give me my money He Owe me $4,000 Dollars I what I paid Mr. DunsBerry to Take Care of my Civil Cases. Mr. DunsBerry is Now a Car Sell man at BuBBa Outlets. 4-1-25 Mr. DunsBerry Inform me. It want Be Long Before He Settle His Case with His Wife. Then He Be able To pay me my money. Then I can Buy me another Lawyer To Represent me on my Civil Cases. That The problem. I have file 3 lawsuits in Federal Court on J. D. P. W. Mr. DunsBerry Attorney at was was hire to. But He got Bar. So I'm letting the Federal Court know of the problem why I never answer To my Civil matter. I Need a lawyer to dot

for me. So I'm asking the Courts, Informing the Court, of my problem why I never answer'n to my civil laws, and Because I Hire Attorney Robert Lansberry to Take care Take matter these in W.D.T.C. Lor yes, He said, JDC A civil & criminal matter the criminal matter was in J.D.P. 31st J.D. & The Criminal matter He Did But the civil He Didn't Handle No. If the Federal Courts Need to Talk To Mr. Lansberry He works at a Car Dealer Ship Bubba Outlet Jennings, LA. He was The one who was suppose To Handle my civil Case for me. I Hawkins Jost found out about Mr. Lansberry was Bon from Louisiana to Do any Law works So. Here I ask the Federal Court to give me Time To Hire me another Attorney To Handle my civil matter. I writting on This Type of paper Because J.V.S.F. Don't give you paper. I ask for they Denied me of writting & items. Thank the Courts of This Matter.

#2 #1 I ask The Federal to send me 1983 form J.D.P. J. Refuse to give me form to fight for my right. Due Right Violated by J.D. Rada Dan in need of writing paper They already Breach a Contract to Take all my money and forward it to the Court 20% percent was only to Be Take out of my money. I Have my in my saving Account Because They sent all To the Federal When only 20% percent was To Be Taken Court agreement I Sign and Federal app 20% Daily exze month Only

2    3    4    5    6

*I Need Copies Back of it to J.D.P.J. Refuse To give me Copies*

## Jefferson Davis Parish Jail

## Disciplinary Report Form v8/13

Name: Emile Hawkins                    Location: Alpha 2

Date and Time: 5-12-25  1900          Deputy submitting report: Cpl Landry 665

Rule(s) Violated: 205 Fighting

Describe the violation:

On the date and time stated above inmate E. Hawkins was seen on camera and in person by deputies fighting with inmate M. Charles

*Duty Warden 23-25 Fuel Position Report see That or his entry We Did see That*

Restrictions imposed immediately:

___ Rackback    ___ Segregated    ___ Phone    ___ TV    ___ Visits    ___ Commissary

## Action by Warden / Assistant Warden

| | | Restrictions | | | until date |
|---|---|---|---|---|---|
| ___ | Final Warning | Rackback | ___ | | |
| | | Segregate | | | |
| ___ | Counseling | Phone | X | | 5-26-25 |
| | | TV | | | |
| ___ | No Further Action | Visitation | X | | 5-26-25 |
| | | Commissary | X | | 5-26-25 |
| | | isolation | X | | 5-26-25 |

Reasons for restrictions:

Action by: Morrison 680                    Date: 5/12/25

Need COPIES JailHouse Refuse me
of Copies. Say They DonH Do Copies
for clnmate in Jail

BLack Lives Matter in JailHouse

THAT AII I HAve They
Refuse To give me paper-OK
I Have No Money          5-13-25
                           8:30 P.M.

I Need The Court to Send my Money BAck to my Account 1-23-23 to 4-25-25 They Have Been Taken All my money Order and Sending To The Federal Court Agreement to 20 Percent Out of Every Breach Contract I need a 1983 Form to file on Breach Contract a Federal Court

P.S. Our Agreement With the Federal Court
To 20% percent out every money order.
The Court Have Break Their Contract
Also money order from 1-23-23 To
4-25-25 Have Been Take That why
I Have No money ok o Thank You

H  S  S  S

Back To me, the Court Agreement is 20%, not all my Money Order, All my money Order was sent your Court. Admin Dept Did not take out 20% they said I owe the court and I had to pay all my Money Order 20% was never, All money Order was sent to you, Breach Contract Agreement thank the court To send my money Back To my Account.

I ask the Courts to forward all my money Back to my Saving Account that Admin Dept. of J.D.P.J. Staff Member forward to your Dept. All my money Orders was forward to your Dept Only 20% percent was to Be Taken. all my money Order was Taken from me. 1-23-23 To 5-25-25. I Need my money forward