Emile Mauldin
ISO #2 J.D.P.J.
P.O. BOX 863
Jennings, LA
70546

W. D. F. C.
Western District Court
Suite 2100
800 Lafayette
Lafayette LA 70501

COPIES NEED Apr. 1983 Form

BATON ROUGE LA 707
16 MAY 2025 AM 1 L

X-RAYED
CLEARED FOR DELIVERY

RECEIVED
U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

MAY 19 2025

DANIEL J. McCOY CLERK
BY: KW

JEFFERSON DAVIS
PARISH JAIL
INMATE MAIL
CONTENTS UNCENSORED

I Need Copies J.D.P.J.
Refuse To 9 me me copies
Refuse Me copies D.D.D.
D.C. Rice.
707