

# United States District Court
OFFICE OF THE CLERK
**Western District of Louisiana**

May 27, 2025

*800 Lafayette St., Ste. 2100*
*Lafayette, LA 70501*
*337-593-5000*

Emile Hawkins (290101)
Jefferson Davis Correctional Center
P O Box 863
Jennings, LA 70546

Re:    Submitted Document(s)

Dear Mr. Hawkins:

On May 19, 2025, the Lafayette Division of the Clerk's Office for the Western District of Louisiana received the attached documents. If the documents were intended to be filed as a new civil action, ensure the complaint is in compliance with the federal and local rules, and resubmit the complaint on the approved form along with the appropriate filing fee or a completed Application to Proceed In Forma Pauperis. I have enclosed a 1983 form and an IFP application for your convenience.

Sincerely,

Daniel J. McCoy, Clerk of Court

BY: s/Katie Haik
        Deputy Clerk

KH
w/Enclosures: Civil Rights Complaint form & IFP application