22-cv-6218 Sec P

Dear, Mrs Kathleen Blank Los.

May Plead your Court. My Name is Emile Hawkins I have case in Your Federal Court. Ok's Ms. Kathleen I Hawkins Hired and Attorney Robert Lyns Berry. To Handle a Crimenal 's Civil Cases for me. I Paid Attorney at Law. Robert Lyns Berry $10,000 Dollars To Handle all my Civil matter and Crimind matter. I Hired Mr. Lans Berry in [11-10-23] ok's my Attorney Told me He was going To Take care of my Cive Matter I file in Federal Court Against Jeff Davis parish Jail Ok. I Been out of State Doing Some work. I call Mr Lans Berry He Inform me He was Bar out of Louisiana. That He Dont Think He sign up in the Federal Court on my Cases, Lousiana Bar Ass. Took His License To Do Law in Louisiana the Bar. But He Told me To write you about This Matter. That He Sorry for the Mis understanding To my Cases That file in your Court. That He Can Be reach at Bubba Outlet Car Dealership. If you Need to Talk To Him Call Him at His Job He explain He got fired from Practice Law.

Now Ms Kathleen it will Take me Some Months to find me a Attorney to Help out. Attorney Lans Berry owes me $4,000 Dollars, I Took Him To The Bar Ass. But I am asking the Courts for Help. To Appoint me a Lawyer. until I get The money To pay for one. also Mrs, Kathleen, I am Back in parish Jail house my Cases Being Not worken its No. T my fault BACK Side I

RECEIVED
RECEIVED
U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MAY 2 3 2025
DANIEL J. McCOY, CLERK
BY:_____

Can I get my money Back on my Saving
Account & I Don't Have No Serious charges I'm
waiting on my Bond $50,000 Dollars.

Mr. Kathleen The Court made a 20 percent
out of my money Order I Received. Here Admin. Dept
at This Jail House Breach The Court Contract.
They takes all money out of my Saving Accountand
They send my money to The Court. Every Time I
Received Money Order they Jeff Davis Parish Jail
House Admin Dept. Takes my money from me.
I Can't make Store Because all my money Orders
are Being Taking from This Been going on
since 1-23-23 To 5-25-25. They Keep Say
Your Federal Court Say Take all my money Order,
from me. That Why I'm whitting to you About
I Had a Contract of 20 percent we sign-it
like They Breach The Contract Taking all my money
Orders. This Been going on. from Look at the Money
Sent to the Courts. I Need 1983 Form To File on
it. How Can I get my money Back on my Account
they Took From me. 1-23-23 To 5-25-25
Please Tell me