22-cv-6218 Sec P

RECEIVED
U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

MAY 2 3 2025

DANIEL J. McCOY, CLERK
BY: _____ KW _____

## MATTER 1

Dear, Louisiana Bar Ass 5-15-25
To Whom, it May Concern. I'm a Inmate of Jeff Davis Davis Jail. pre-Trail 50,000 Bond waiting To go to my Arrangement 6-9-25. OK Here at this Parish Jail House, LPN Lisa & John Nurse, Put medication in other people's hands Staff members officers that not Train in Medical fields. OK! I was given the wrong medication made me sick. LPN puts Inmate medication in Guard hand to give to Inmate. I need a Complaint form to be file against LPN. They Don't work for Parish Jail House. I Need Motion To Discovery Camera of Par. Jail To Prove from 1-5-25 To 5-25 Jail put giving Inmate Medication I a Motion To Suppress Evidence Their Cameras. LPN are wrong from putting medication in Truely hands. I a Complaint form from Your Dept. To file on this Matter.

## MATTER 2   BACK side

OK! My Name Emile Hawkins I Hired Attorney Robert Lansberry 10-10-22 - Here in Jennings, LA I paid Mr. Lansberry 10,000 Dollar To Handle Crime Case, my child Case, 3 federal Case. Mr. Lansberry Took care of my Crime Case in

To get my Money Back from Mr. LansBerry Attorney At Law, I Paid $18,000 Dollars To Him To work my Criminal & Civil Cases Since He Don't Do Law work I Have I file To get my money Back, I Have Case in Federal Court Lafayette LA. He supposed to Handle for me I'm waiting Federal To Answer Back on my Civil Matter

In Louisiana any more, I need to file on Mr. LansBerry To give my money Back to me 15,000 Dollars for Not Handle my Civil Matters. He Mr. LansBerry Inform me He can't the Law work any more in Louisiana. Told me Louisiana Bar Ass. Took His License from Him. They He was going to give me my money Back. He work for a Con Dealerships in Jennings, LA BuBBa Oustalet Car sellman, I need a form To get my Money Back from Mr.