Case 2:22-cv-06218-JDC-TPL   Document 20   Filed 05/30/25   Page 1 of 2 PageID #: 119

ATTORNEY AT LAW ROBERT LUNSBERRY
22-CV-006218
LOUISIANA BAR ASS.
COST HIS LICENSE

9pt Bar
8-1-24

U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

MAY 3 0 2025

DANIEL J. MCCOY, CLERK
BY: KW

Dear Ms Kathleen Kay Blanco; Judge
I'm forwarding this letter Concerning a civil Matter, Ok. Ms Kathleen I never received any legal Mail. I got Jef Davis when I got of Jail for 3 month these people for my legal Mail. to Bring to my lawyer Robert Lunsberry from 6-1-24 To 8-24-24 I stayed calling, and calling see if I had mail parish Jail house was left with my address to forward all my mail to my house 202 E West ST is the Address I gave parish Jail forward all my mail & legal Mail. My Address Emile Hawkins 202 E West ST Jennings, LA 70546. They knew my Address. Ms Kathleen I was Told they threw all my legal Mail. I Been wrote a letter to you federal court house. To inform you of my issue at Hand.

Ms Kathleen These people Beat me up and knock my Teeth out of my mouth Behind them Law suite. Sprayed me with Mase burn your Skin couldn't take a path. 5 teeth out of my mouth Today is 5-27-25. I still have not went see a Doctor. 5 Broken Teeth 2 of my Ribs Broken, you Lisa they refuse of medical Attention. to go to the Hospital I aske you I guily send you Back to your dorm. Tell you that all she can give you, I Can't eat my Food Because of Broken teeth in my mouth. They Have Camera's can Be review. I never Did these people nothing. I never fight Back with officers, they Beat up for Breakfast 4-12-25. I go throw Hell, Put

staff in my food & Drink, 4-23-25 cell #6 I so camera's can Be Review, Staff take your mail Tell you they going mail your mail Don't mail it throw it away, my mouth I Cant eat my food & I cant sleep right Because of my Ribs Hurts me real Bad, tell Nurse that she Tell sleep on your Back or Stomach. you want feel the pain

Ms. Kathleen Hired Mr. Robert LunsBerry To Handle my civil Case in your Court. He was paid $10,000 Dollars Altogether my child Case Federal Suite and Criminal Case, He Told me He was sorry He could not Do Nothing for my Case. 3 months ago I Ran into Mr. Robert LunsBerry going get a Renter Car. He Told me He was Getting A Drug Center Rehab Center 3 months. that He Had Drug problem, That why Louisiana Bar Ass, tool His License. and Bar Him for practice Law in Louisiana.

Ms Kathleen you give my time I find me a good Lawyer I can afford to Handle my Case, I Have 3 kid in the state Ms Kathleen got taken from there Mom in Lafayette I'm working Also, Mr Robert LunsBerry suppose to Handle that to Also Ms Kathleen, I'm trying my Best to find me a cheap Lawyer to help me, Mr LunsBerry suppose to give me some money Back I wrote Louisiana Bar Ass, on the matter, Thank you

R.I.P, Emul Hawks