RECEIVED
U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
JUN 0 2 2025
KW
DANIEL J. McCOY, CLERK
BY: ____

22-cv-6218

Please Help me. ASP.

8:30 pm
- 24 - 25

P. 1

Dear, Ms. Kathleen Blanco

I'm forwarding this letter to you. Concerning a civil matter in your court. Plus I have a serious matter at hand, that Just Happen to me in Jail House Jeff Davis Parish, Jennings, LA.

I Have 3 matter I like to Bring to your Attention ok. I know I Have Lawsuite in your Federal court Ms. Kathleen, I Hired a Lawyer Name Robert LunsBerry in Jennings, LA I Paid 30,000 Dollars for Mr. LunsBerry to Do my Civil cases & my children case, and my Criminal case in Jeff Davis Parish, My Civil cases & Child cases Both in Lafayette, LA. ok Mr. LunsBerry the Reason why you never Heard from me on my Civil in your court House Because I Hired Mr. LunsBerry to take care of my civil Matter in your court House. ok Mr. LunsBerry Have Been Bar to practice Law in Louisiana, Louisiana Bar Ass. took his License from him. He cant Do Law in Louisiana. So I'm asking you can you Give me a couple months to try to find me another to help me out on my case. Mr. LunsBerry came out of a Drug Center Rehabating 3 months ago He Told He was from not getting with me, on my Civil & child cases. He work at a car Dealer ship in Jennings, LA as a Sellman. He Inform me, He was Try to get some of my money Back to me so I can get me another.

Mr. Kathleen I wrote Louisiana Bar Ass. about Mr. LunsBerry, Because He owes $5,000 Dollars, that what charge me for Both my cases in Lafayette, LA

P.2

Apps form Need Have Been Beat up Boy 5 staff member for nothing a filing a lawsuit 5 her that my mouth Broke Ribs

Ok I Don't know where to start off on my cases Ms, you give a lil time, to file Something on my cases I work on my case my self. I know to read and Do Thangs.

Ok's Ms, Kathleen Another problem is that I sign a 20% Contract Agreement with your Court House To take 20% percent of every money. Jeff Davis Parish has Breach the that Contract Between the court and me, Ok's 1-23-23 since then they Been Taking all my money Orders from me sending them all to the Courts telling I will pay the Courts all their Because it is a Bill, Landry, Casewell, Dulhon, gounier All work Admin. Telling me I need To all your money, Now I'm Trying How Can the Courts Take all my money from my Account from 1-23-23 To 5-20-25, Can I received my money Back on my Account they Took money out of Saving Account, and to the Courts now I have No money on my Account to Buy Items I need, Do I harte sue them Breach Court Contract Agreement, Now I get my money Back to my Account it over $400.00 Dollars they Took from my Account, it was my Saving Account Ms, Kathleen that all the money I Had Every money Order I received I sent your 20% percent why Money was Taking out my Saving Account sent to your Court. I pay your Court 20% out my money Order I received I was saving my money

P.B

I Need FORM 1983 ASP

They Don't give me no thing
They Take my legal mail Don't give it to me.
On Account for when I get out of Jail of Have
me a lil money, my family & friends stay sending
me money order, Because they was taking
all money sending to your Court House, Every
money you received from 1-23-23 to 5-20-25
I paid you 20 percent out my money order
now I Have to pay the court out of Saving
Account all my money out of my Saving
Account informing they sent it to your
Courthouse, can I received my money Back
to my Account, I pay the Court already 20
percent the money they sent you, please Ms,
Kathleen check into this matter for m,
    Also let me plead your court, I need
To file a 1983 form into your Court Again on
Jeff Davis parish Jail House, they Broke all my
Teeth out of my mouth for Nothing Behind a
Breakfast Tray. 5-12-25 4:30 Am To 6:30 Am,
5 police office up on me. Told me to file on
that, I went to medical I was not sent Dentist
Were it 5-24-25, No medical Attention No Dentist
I put in sick-call. Staff Told I will Not win in
their Jail House, Stop filling lawsuite on them.
Before they Broke my Hands next, Camera's in
parish Jail House ISO #6. Camera can Be
reviewed for proof I Did Not wrong to staff member,
time to stop filling lawsuite on this Jail House

P. 4

Help me Ms. Kathleen they Been Doing all kind stuff To me at this Jail House Warden Don't Answer his A.R.P. in 5 Days or 30 days. He said He can do what He want in his Jail House I Been food poision 4-23-25 staff ward Camera's can prove it He Told me it is Justify. He Do what He want to Do in this Jail House. the Nurse Louisa Moyer sent me to the hospital for Help I Had to suffer the poision By stick my Hand in my mouth. J.S.O #6 Camera's can Be Review at anytime. my life is in Danger. Last years they would Bring me spoil Bean telling to eat it that all I got your Can Review the Camera. If your Order them in your Court You see the punish I'm going through. J.S.O #2 Last year 3-15-24 To 5-28-24 Can Review the Camera, another staff member Told me get you to order their Camera from this Jail House B shift is the shift That Does people wrong all act life people Don't like Black people White female said get you Order there Camera's and moved me To another Jail House for my life. If you Can, staff member Be playing in my Food laundry carried. I Have them in Lawsuite in your Court. They Beat me up knock my teeth out my mouth 5 teeth Ms Kathleen. Thanks for your Attentins.

Motion Discovery Camera & Evidence

On 4-12-25 Hawkins on this day was in cell #6 Iso. I was awaken By staff Members Ward To eat Breakfast. Ward open a pan hole Put my Breakfast tray in Hole. I grab the tray out the pan Hole, and fell Back to sleep. I was awaken again By Ward. Telling me To give him the food tray. Hawkins alleged. To Staff Ward let me fall Back to sleep. Ward reply give me your tray. I ask Ward to give me some time to eat my food. He agree. then close the pan Hole, let me finish eating my food. Next thang the Door open telling me give them the tray of food. I was eating. I reply I'm Hungry. 50 Ward & Jandy gave me time. Door open. Staff carried Nolia at me stating time. you had enough time, to eat your food give me the mud fucking tray, then, as I Can Remember I was spray with mase. all I Remember. Tray was pull away from, Before it Staff member Counted Down for me to finish eating my food. Staff Carried ran in my cell as I Can Remember To knock me Down. Spray me with Mape all I Can Remember. I was knock out. all I Remember. Then I woke up in a chair strap Down. my Mouth was Hurting me. I woke up in a chair strap Down Mouth Blooded. Teeth out my Mouth a piece of my Tooth I swalled it felt go Down my Throat. I was sprayed with mase

I was awoken up in chair Strap Down By Staff Caruthers woke me up. Staff Caruthers Put His Hand around my throat like choking me. I Look at him. 4-12-13-25 Camera can Be reviewed at parish JailHouse. Staff Caruthers keep Messing with me in Chair strapped Down in Chair keep put his Hand on you no reason. Taking me out of chain abusing me for no reason never Did to this To Be Beat By Jeff Davis Parish Jail House Staff member. Carried, Morrison, Landry, Caruthers Ward all staff member Have Something to Do with my teeth. 4 of the member Knock my teeth So them out of my mouth. I was never given and medical Attention To me. Mase was Burning my skin. They Never let me Take a Bath to wash mase off of me. Burn all my skin with Mase Freere Black & Yellow Can. Why They Beat up for what reason I Did Nothing to None of them. Just Remember Me Trying to eaten 4-12-25 4:30 Am. They Ran in my cell #6 I so for me Trying to eat my food. I cause no threat to staff or Inmate clums in a 6'9 one man cell. I was eating my food. officer gave me time to eat Carried Counterum from told for me to finish eating then He said Time up give me the tray. They cut the Trayed Down and Mab me. 3 Staff member push me when officer Took and Throwed the Tray out my Hands, Notting on me. spray mase on me. Hitting me with Something knock me out. ok Carried on 4-21-28-25 told me He is 3 and 0 on me. what By That He Done put his Hands on since I Been To This Jail. Every time I comes to Jail He Build a case on me To Put His Hands on me