UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| EMILE HAWKINS<br>#290101 | DOCKET NO. 2:22-cv-06218<br>SECTION P |
| VERSUS | JUDGE JAMES D. CAIN, JR. |
| STATE OF LOUISIANA, ET AL | MAGISTRATE JUDGE KAY |

ORDER TO SHOW CAUSE

On May 15, 2025, Plaintiff filed a motion regarding the payment of his filing fees in the above-captioned matter.  Doc. 15.  To facilitate the Court's assessment of plaintiff's claims,

IT IS ORDERED that the Warden of the Jefferson Davis Correction Center shall, within thirty (30) days of this Order, provide the Court with a full accounting of the payments received and made from the plaintiff's inmate account to this Court from January 23, 2023, through the present.

THUS DONE AND SIGNED in Chambers this 5th day of June, 2025.

JAMES D. CAIN, JR.
UNITED STATES DISTRICT JUDGE