RECEIVED
U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

JUN 17 2025

DANIEL J. McCOY, CLERK
BY: _____ KW

"Motion & Order To PRESS CHARGES on Mail Tampering"

22-cv-6218
Sec P

Motion To press charges Against Said Defendant Jeff Davis parish Sheriff, For Mail Tampering Legal Mail: Namey Myers, Zeril, Powell, Caswell Gaspard, On This Day 6-10-25, Time 11:00 p.m. Legal Mail Judge Cain Sent to Hawkins on June 5 2025, Was open up, Staff Member Word Brough Hawkins mail to him 4 letter Judge Cain IS To State How We mail letter to Hawkins Judge Cain, was your Envlope seal when you mail it to Hawkins, stress your answer is yes. Then Hawkins state Legal Mail was open up By such said Defendant on 6-10-25 11:00 pm Handed By staff member Word stating he was told To give me them papers. You have no rights We po What We want too in this parish Jail House.

Motion & Order to Subpoena Jeff Davis parish Jail House Video Cameras, From These Date & Time Hawkins state Clearly police Brutal & Excessive force, Abuse police power, Chemical sprayed, Refused Medical Attention. Days and Time of Incident, 4-(12-13) 25 and 4-23-25 food poison Tiger Mart food Service Dietary private Own company of Hawkins Sent Request to Tiger Mart About Matter. No Response 5 Days Rule To Comp & To Request Form, Due process Rights 4

Motion & Order to Subpoena Jeff Davis parish Jail House Video Cameras, Tigu mart Jail House Kitchen, who Pick & Put food Tray in Tray in Cell #6 on 4-19-25 to 4-23-25 what Deitau give staff the sky to pass out food, 3-7-24, and stated what they can not Do on Hawkens Request form on Kiosk Machine.

Motion & Order to Grant said order for Subpoena Jeff Davis parish Jail House Kiosk Machine 4-23-23 To 6-1-25, and Jail House Video Cameras to Be Subpoena 4-12-25 To 6-11-25 Motion To Grant Said Order in This Federal Court on or Motion To press charges on Mail Tampering Legal Mail Open Inmate legal mail, Said Motion & Order in your court on This Day ____ of ____ 2025, such Said Motion Be granted upon Said Defendant for Violation of inmate Rights in Jeff Davis parish Jail House Kitchen.

Also Court order such Said Body Emile Hawkens Be Taken To this Federal Court on This Day ____ of ____ 2025

THUS DONE AND SIGNED IN CHAMBER

_____ Judge

Motion to Grant Order To press
Charges on Staff Member Legal Mail,
Property Damage, 6-11-25; Also Order &
Motion To Subpoena Jeff Davis Parish Jail House
MYER LEVI, Powell, CASWELL, GASPARD

THUS DONE AND SIGNED IN
THIS ____ DAY OF ____ 2025

_____
JUDGE

Motion To SHOW CAUSE
wHY motion To SUBPOENA,
Video Cameras, Kiosk machine
SHOULD NOT BE GANT To
PLAINTIFF
       ON THIS ____ DAY of ____ 2025
The Body of HAWKINS
Be TAKEN To Federal COURT

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### LAKE CHARLES DIVISION

EMILE HAWKINS #290101

VERSUS

STATE OF LOUISIANA ET AL

CASE NO. 2:22-CV-06218 SEC P

JUDGE JAMES D. CAIN, JR.

RETIRED MAG JDG JRS KAY

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee
$
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)     $ _____
☐ Return Receipt (electronic)    $ _____
☐ Certified Mail Restricted Delivery  $ _____
☐ Adult Signature Required       $ _____
☐ Adult Signature Restricted Delivery

Postmark
Here

ATTN: Warden
Jefferson Davis Correctional Center
P O Box 863
Jennings, LA 70546

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

7020 2450 0002 0538 7768

Mailed 06/06/2025 WA