RECEIVED
U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

JUN 3 0 2025

DANIEL J. McCOY, CLERK
BY: _____ RW

Case 2:22-cv-06218-JDC-TPL Document 26 Filed 06/30/25 Page 1 of 1 PageID #: 139

Motion for TRO for Jeff Davis
parish Sheriff office STAff MemBer

Emile Hawkins
VS                                           CASE: 22-CV-006218
Jeff Davis Parish
ET AL

Motion & Order For The Jeff Parish
Sheriff & Warden For **TRO** Against
Staff MemBer Carrier & Landry & Ward &
Caruthers. For The Police BRutal & Excessive
Force from Date of 4-12-25 cell 6 I 50
On The Date 6-12-25, 10:30 Am Carrier
pulling On my Arm Rightside my Shoulder
BRoke and RiBs fraction, By Carrier
I you Motion To file Charge 6-10-25 thes
To you Judge Cain

Need Order to Process By
your Judge Cain, On Day, Staff
MemBer Keep playing on mtle phone
while Hawkins In Cell sleeping I 50 cell 6
#2 #1 the work the Key playing on speaker
To Hawkin waking Hawkin with Noise on
speaker in Hawkins cell #1 6-12-25
10:30 Am E 12:00 pm.
Hawkins Pray for TRO Against these Defendant
TRO Carrier, Caruther, Ward, LANDRY
Thus Done and Signed in Chamber
Of _____ 2025

                                             JuDge