RECEIVED
U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

JUN 3 0 2025

DANIEL J. McCOY, CLERK
BY: _____

Emile Hawkins
VS
Jeff Davis ETAL

22-CV-06218

Motion To Subpoena Jeff Davis
parish Jail House Video Camera
On This Date and Times 4-12-25, To Cell
6 ISO 4-13-25, From 4-(18-25-) 2025 police Brutal
4-23-25 cell 6# ISO → food poision
OR: Motion To Subpoena Jeff Davis
parish Jail House Video Camera To
prove Staff Member open Legal Mail Sent
From You Judge James D. JR on
June 5, 2025 But I Hawkins received
your Legal Mail at 11:00 pm, 6-10-25 By
Staff Member ward 4 sheets of paper stating
I give it to you. I Ask ward who open
my legal. I Don't know, I was told To
Bring you these paper. Judge can my legal
You sent me was not open my leut one
Staff Member open my legal Mail on
the 6-10-25. I received My letter from
you By Staff Ward. Or You Tolay sent
Be 4 letters open upon me sent them
to me in a endtope. I Need you To Order
Warden powell at oakland Gaspord
Sheriff Kyle Bryus, Ass Whureny. Prove
for the opening of my legal Mail. who did
one open my legal Subpoena Video
Order them To Show who open. Hawkins
Legal on 6-10-1. To show Legal By Staff

RECEIVED
U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

JUN 3 0 2025

DANIEL J. McCOY CLERK

Judge Sheriff Kyle Myers for my legal mail being by staff member 6-10-25 B-shift, on the 6-11-25 all these legal paper, I send to you via "Destroy" by staff Ward, Cayeux, Zenfry look how they Destroy my legal mail B-shift, they claim it is ok with to Destroy my paper and open my legal mail, is it perfect, why can open my legal without me being there, that what staff member tell they can Do here in Jeff Davis Jail Parish and tell you have any right, they Destroy they want to people legal mail

Motion To Grant said Order for Charges Hawkins Request Charges Be file on 5 staff Myers, Zenfry, Powell, Cayeux, Gaspard whoever open Legal Mail of Hawkins send by Judge Cain 6-10-25 Time 11:00 p.m. Hawkins receive open legal mail from Judge Cain, please Grant such said Against these Defendant and Order charges Motion to Be file Against said Staff Member for open legal please grant this said Motion and Order in your court On This ___ Day of ___ 2025 Time ___ and Day for Court Hearing