RECEIVED
U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

JUN 3 0 2025

DANIEL J. McCOY, CLERK
BY: _____ KVV

22-cv-6218 Sec P

Dear Judge Cain                     6-12-25

I'm forwarding this to concerning my safety I have This suit Against staff Member carrier for 22-cv-006218 carrier staff police Brutal me there in #_ Parish Jail House, every time He Got handcuff on me He grabbe me pull my Right Arm up my shoulder To Broken it out He the one knock my Teeth So of Them Todays 6-12-25 I just went see a Doctor. He still holding me up on the to go see a dentist The incident To place 4-12-25 To 6-12-25 it is month it is so bad and Doctor John Doe Refusing me of medical Attention I Told the Nof Rib is fracture The staff fractured my Ribs I Can't sleep on my side it me, my shoulder Hurt me Because staff carrier weight About 325 pound them upon knock my shoulder out of places, plus He Refracture my Ribs, I Kant sleep at night Because of The pain Cp's medical staff gives me no medication Because They Are family Member working, I need a Order about

To the Dupty Sheriff Kyle my need al
Also Dupty Warrment Levie or Worden
Powell to get me medical Attention from
the Hospital and order for them to take
me to and Eye Doctor because I'm losing
my left Eye, I Don't Have my glasses I can't
read a Bible because I can't see the
words. Judge get me the Help I need
I works in the world Alfred McLure in
Lake Charles. Plates Hemer, Siver Borney
and work for Reg Tech Sulph, LA, Also
I work for the Union, I get pull in
Jail Because of Drugs illegal Weed 1.5
gram of Meth. I should Be out of Jail
in Aug 2025. Judge states 6 month
for the Charge. Bond 50,000 dollars I
can't Bond so I sit until Aug and
get leave for can at home service when
I go to court, Aug is when I go to court
I should Be out Creid time served
Thank you send a order to the Warden
to take me to and Eye Doctor to get my glasses
I can't Book word to small Thank you Judge am