I Need Memorandum Order... on Carrier Ward, & Caruthers Threatening me every week. I'm on P.C. in Jail, They me me To get in a fight already Need Help. Religious Diet get Violated.

6-22-25 10:00

**22-cv-6218
Sec P**

Dear Judge Kathleen K. Blanco → Help Please A.S.P.

I'm forwarding you this letter concerning A matter I Have in Self Parish Jail My I Plead your Court, I Have to... that at hand, I'm in need for you to file Memorandum Order, ORDERing the Warden Powell, To Order His Staff Members to stay Away from me so get it T.R.O. Away from me. Reason why T.R.O. need in this matter Because they Broke my Ribs and 5 teeth out of my mouth 9-12-25 still waiting to go to the Hospital and Dentist. I Hawkins ask in a 1983 Form that I sent to the court on 6-10-25, I had a Memorandum Order TRO inside my legal mail. Staff Member Carrier, Caruthers, and Ward, is the Staff Members they missing with me, writing me up. I more on P.C. Here at this Jail House from Inmate and staff members, They move me Against my Will on P.C. 5-1-25, I Been on P.C. I sign P.C. in a 2 man cell in Jail Arise Attorney Purdham Exceptable Holding cell I sign P.C. that with Inmate to I S8 cell #2 I was forg by staff member 2 move off P.C. or be sprayed by with Chemical, They always Threatening me to move while I'm on P.C. But on P.C. They move me in the cell with D.O.C. Inmate Maxwell Charles, I was force to move out of my P.C. I S8 Cell #2 To Down Alone me and the Inmate Maxwell Charles got into a fight. He is a

RECEIVED
U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
JUN 3 0 2025
DANIEL J. McCOY, CLERK
BY: _____

Religious Right, Bloome P.C. Right in Jail Hog
I need Help

DOC Inmate Mitchell Charles #C offen 9-18-28. DOC
Inmate they staff member of Jeff Davis Parish Put me
in the cell with the young Dude 20 years old to
fight him. J was force to more Against my Will. or
be sprayed by Mace chemical spray. They Staff
Member Keep coming By my P.C. cell Threatening me
to more Against my Will. then when I Don't more
They write me up. for not moving to Dorm. I been
on P.C. Since 5-1-25. They more me Against my Will
& fight another fight in another Dorm Cell Charlie
cell #2. I go into a fight with Inmate John lin
cell #2. Now I'm still on P.C. at the of the fight more
Against my Will out of cell #2 JSC P.C. After my
legal Mail was open by staff Member Ward Did
my legal Mail. That Mr. Judge James Cain Jr sent
they wet my Mail open and open my legal my without
me seeing them opening my legal Mail. the same
people. Beat me up on 4-12-25 knocking my Teeth
5 of them Plus Broken my left side Ribs. still Broken
Staff Member Carrier Caruthers and Ward
stay coming By me. Causing me Trouble writting
me up for No Reason. Dep they mail legal Mail. Carrier
and Ward wet my mail up Water Damage. Because
I sent in a 1983 form to your Court. By staff member
Sandry who Also campon me my Mail 6-11-25 was mail
to you. I Need TRO Memorandum Order Shall Stay feet
away frum me 50 feet. Order sent to the Jail House
ASP. Please. they cause me problem. Thank you
Emile Hawkins

State of Louisiana you can't mix DOC prison with a Parish prison pre trail Detainee Against Louisiana. So Hawkins got into fight with DOC Inmate cell #2 Alpha Dorm DOC Inmate Maxwell Charles and Hawkins got into a fight. While Hawkins was on P.C. since He came out of Exceptable Holding with Inmate Anthony Prudhum 2 Maxwell Hawkins check P.C. out of cell, ok. I so call #2 Hawkins was Threaten By staff members 2 move out of cell Because They needed the cell. ok Hawkins wa Threaten Again By staff member to move out of cell #1 I So on 6-14-25 D who wrote Hawkins up for not moving out of cell who on P.C. Dutton 618 wrote Hawkins up for not moving out of cell #1 on P.C. Hawkins Been move Against His Will 2 Times on P.C. Hue at this Jail House. Violate Hawkins Rights P.C. Rights in Jail House. Hawkins Told 2 staff member no young Patt um He Had Enemies grey in a Dorm call Fox! Long Jennies, Well Ok? Why Dutton wrote up Hawkins for not wanting to move to Dorm on P.C. Dutton Violate Hawkins P.C. Right in Jail House. Making Him move Against His will you Have To sign A Piece of Paper to come off of P.C. Hawkins Been on P.C. Since Exceptable Holding with Anthony Prudhum. Hawkins check P.C. out of Hey all been on P.C. They Him Against His will. Do Have write up process To.