"Right RULES" To WARDEN POWELL
CASWELL, GASPARD
6-22-25
H:00 AM ISO Cell #1

# Jefferson Davis Parish Jail

## Inmate Request Form v6/13

Name _Emile Hawkins_ Location _ISO Cell #1_

P.C. SINCE 4 (28-29) 25 P.C Violation Rights
Violated By Staff
others DUFON

Tell us:
- What you are requesting.
- Why you are requesting it.
- Use the other side of the paper if you need more space.

I Trying To See How CAN you make
someBody move off of P.Co in your Jail
without sign papers. Now Powell I Know.
you DON'T mix DOC INMATE WITH pre-Trail
Detainee. DOC INMATE in Louisiana
Agaist LAW To mix people up IN Jail House, Know
If you CAN mix DOC INMATE up with
pre-Trail Detainee. Then you TAke All your
pre-Trail Detainee To HUNTS PRISON until
They see The Judge. CAN'T do THAT
IN LOUISIANA. NO SIR. BACK Side

Do not write below this line.

Received by Deputy: _____

Date Received: _____

Response:

|  |
|---|
|  |
|  |
|  |
|  |
|  |

Response by: _____

Date _____



**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAKE CHARLES DIVISION**

| | |
|---|---|
| **EMILE HAWKINS** | **DOCKET NO. 2:22-cv-06218** |
| **#290101** | **SECTION P** |
| | |
| **VERSUS** | **JUDGE JAMES D. CAIN, JR.** |
| | |
| **STATE OF LOUISIANA, ET AL** | **MAGISTRATE JUDGE KAY** |

**ORDER TO SHOW CAUSE**

On May 15, 2025, Plaintiff filed a motion regarding the payment of his filing fees in the above-captioned matter. Doc. 15. To facilitate the Court's assessment of plaintiff's claims,

**IT IS ORDERED** that the Warden of the Jefferson Davis Correction Center shall, within thirty (30) days of this Order, provide the Court with a full accounting of the payments received and made from the plaintiff's inmate account to this Court from January 23, 2023, through the present.

THUS DONE AND SIGNED in Chambers this 5th day of June, 2025.

JAMES D. CAIN, JR.
UNITED STATES DISTRICT JUDGE

chemical spray. I have Been more extreme Against my well on P.C. in This Parish Jail House Behind me filing lawsuit. DOC P.C Inmate They move me in the cell with one maxwell charlie DOC Inmate Been in Jail HAve 3 years 9-18-28. Put me in DOC Inmate cell young dude. So we CAN fight. They

say moving me Against my well I Been on P.C. Since 5-1-25 I check P.C. in A 2 man cell with and Inmate Name Anthony Prudhum Told me They put me IN His to fight. I Check P.C. Exceptable Holding cell. 2 man more To ISO #2 Keep moving me on P.C. To Dorm on P.C. Staff member CARRIER, CARUTHERS, WARD And DUTTON LANDRY All Staff member MAd Because of lawsuit File on Parish staff. I got A write from DUTTON Because I Did not move on P.C. Attached write up They Keep writing me up. moving me Against my well. I CAN'T go to Stroke Because Restriction
                                                              write up

**...sh Jail**

...rm v8/13

...king _____ / Location:    ISO 1

6-14-25   15:14    Deputy submitting report:   Duhon 618

...ted:   102 Refusal to obey orders, 107 Interfering with Security Operations
151 Interfering with Facility Operations

...n the violation:

Inmate Emile Hawkins was ordered to pack his stuff due to
deputies needing the isolation cell. Hawkins refused stating he will
get into a fight as soon as we put him into the dorm.

Restrictions imposed immediately:

____ Rackback     ____ Segregated     ____ Phone   ____ TV     ____ Visits     ____ Commissary

## Action by Warden / Assistant Warden

| | | Restrictions | | until date |
|---|---|---|---|---|
| ____ | Final Warning | Rackback | ____ | |
| | | Segregate | / | 7-5-25 |
| ____ | Counseling | Phone | / | 7-5-25 |
| | | TV | ____ | |
| ____ | No Further Action | Visitation | / | 7-5-25 |
| | | Commissary | / | 7-5-25 |
| Reasons for restrictions: | | isolation | / | 7-5-25 |

Action by:   E morrison 680        Date:   6-14-25

Also Medical Staff
LSA; Kelly Religious Diet
6-22-25 Violating
5 Request

Please send A order to
this Jail House for my Peace @
Prison my Religious Diet
Being Violated in Jail House
J. D. P. J. → Tiger Mart Private Own
P. O. C. Comm