Emile Hawkins #29818
ISO#1 J.D.O.P.J.
P.O. Box 863
Jennings, LA 70546

BATON ROUGE LA 707

26 JUN 2025 AM 1 L

Section
Western District Federal Court
Judge Kathleen Kay Blanco
Suite 2100
800 Lafayette ST
Lafayette, LA 70501

Legal Mail

X-RAYED
CLEARED FOR DELIVERY

RECEIVED
U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

JUN 3 0 2025

DANIEL J. McCOY, CLERK

BY:_____

I Need Memorandum Dated Sent To Judge On Tco News 5 Of Grand Jury Hid Scott Issue Evidence At Judge 4 3 F 6-23-25 720 53 823 Memorandum Date