Black lives matter

322-CV-06218 #22

P.1

RECEIVED
U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
JUL 03 2025
DANIEL J. McCOY, CLERK
BY: _____

Dear Judge James D. Cain                    6-26-25  11:00AM

I'm forwarding you this letter concerning a matter. Here at Jeff Davis Parish Jail House Mr. James I'm Being Threaten By staff member Carrier. Everytime He Comes on He play with me. I'm 54 years old. 22-CV-006218, I Have on that lawsuit He threaten me about lawsuit serval times since I Been in Jail House. He Also is the one stated in my my lawsuit file on 6-11-25 for Police Brutal, I ask the Court for T.R.O. Because of the Threats made from Him about lawsuit 22-CV-006218. Now on my New lawsuit I ask the Court for a New Memorandum Order T.R.O. it is with my 1983 found Just file with Mrs. Kathleen Kay Blanco Judge in Lafayette, LA still in Section P. About this staff member, Broke 2 Ribs and 5 Teeth out of my mouth. Also, Judge James, Staff Caruthers, Ward, Landry and Carrier is the ones missing with my legal mail. If you Do, I Request they answer the Request form and reject your request Before the Warden Can see the request, so Here I ask you to send a motion to show Cause of Kiosk Machine Request form from 4-12-25 To 7-1-25. All my request form Have Been rejected by staff member that Don't work in Administed Dept. These staff member is the one who Breech the Courter Contract of 20% percent, Landry, Duhon, Richard, and 2 more John Doe, they Don't work in Administration Dept. They goes and play on the Computer in offices

P.2

When will they fix it and give me a copy. Premere between 1-23-23 To 6-5-25, Send me copies Warden Powell, Cusdivil ; Gaspard Dont Be Here at this prison all the time, so they Do what they Think they can get away with, Beater people up.

If you file a Request form they get on the computer Before the warden can see it and Rejected.

That why I'm asking you to send a Motion for all Request form in Kiost machine at Jeff Davis parish Jail House. To see they are staff member who Denied Your Request form, Every thing you file they Reject.

Hawkins state To you Judge James, when will they put my Money Back on my Account No you see what I talking About, they Breech Contract They should pay for the Law suit, for Breeching The Contract of 200 percent. Because in the Kiost Machine I Did Request form on it, I was Told they Do what they want to do it is Justice Here at this Jail House. An I file Lawsuit on Breech Contract - Yes

Ok, Judge James, you sent me mail, they open my mail, Destroy it. it was wet By staff member on 6-10-25 11:00p.m. They Open my legal Mail here in this Jail House, Joy sent me Motion to show Cause, they Been Opening my legal mail, Man Random Order their Camera on The Day 6-10-25. and see who open my legal you sent me on 6-10-25, Ok, Judge James Cain, on 6-26-25 I was in the LPN Dept Talking to a DR, staff member Carrien gross By my Arms, in cell story, took me to see the DR, staff carrien gross Cut my wraist with Handcuff other staff member Mash my finger in a pennhole, Review camaras between 9:30 - 11:00 A.M.

I'm Talking of the Motion To show Cause
when They Took more Than 20% percent
6-26-25 From

Dear Judge James D Cain,
    I'm forwarding this letter Concerning my
money. They Took out of my Account upon on
The Order you sent. 6-5-25. I am Trying to
see when will you give me my money Back
To my Account, From the 22-cv-06218.
more Than 20% percent was Taken From my
Account. I Did A New 1983 Form on the
6-11-25. I Know Civil Case 22-cv-06218 was
Dismiss, Because of my Lawyer. I'm trying on
That. I'm Talking About my money Taken From Me

    I'm asking you About my money that was
illegal Taken From my Account. 1-23-23
The motion you sent to the Warden Here at
this Jail House. what Happen To that Order
About my money. I Filed New Law Suit
with ms, Kathleen Blanco 6-11-25. I sent Her
The 1983 form 6-11-25. It is a New 1983
form she sent me to fill out. I mail it Back
To her.

    I'm Talking About my money was
sent to you. More Than 20% percent when
will you put my money Back on my
Account. or I Have to sute for Breech
Contract on who.

I'M TALKING ABOUT
MY MONEY 20% PERCENT
THEY TOOK FROM ME
20% BREECH CONTRACT

When will I get my
MONEY BACK FROM THE
BREECH CONTRACT. 208 PERCENT
6-5-25 YOU SENT ORDER TO
SHOW CAUSE THAT WHAT I'M
TALKING

case is now closed and any claims relating to current actions by jail officials must be brought in a separate suit. Accordingly, the Motion [doc. 24] is **DENIED.**

**THUS DONE AND SIGNED** in Chambers on the 23rd day of June, 2025.

JAMES D. CAIN, JR.
**UNITED STATES DISTRICT JUDGE**