**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAKE CHARLES DIVISION**

**EMILE HAWKINS #290101**                    **CASE NO.  2:22-CV-06218 SEC P**

**VERSUS**                                   **JUDGE JAMES D. CAIN, JR.**

**STATE OF LOUISIANA ET AL**                 **MAG JUDGE THOMAS LEBLANC**

**ORDER**

Before the Court is a Motion for Temporary Restraining Order (Doc. 26) and a Motion to Subpoena Video Cameras filed by Plaintiff, Emile Hawkins.  The instant lawsuit was dismissed on August 21, 2023.[1] A careful review of these motions appear to address incidents not related to this lawsuit.  Additionally, it appears that Plaintiff has filed another lawsuit, *Hawkins v. Louisiana, et al*, Civil Action 2:25-870 that appears to include events that allegedly occurred on or about the same dates. As such, to the extent that the instant two motions are related to Civil Action 2:25-870, they should be filed in that lawsuit with the appropriate caption. Because this lawsuit has been dismissed,

**IT IS ORDERED** that the Motion for Temporary Restraining Order and Motion to Subpoena Video Cameras are **DENIED**, reserving Plaintiff's right to file in the correct lawsuit.

**THUS DONE AND SIGNED** in Chambers on this 8th day of July, 2025.

**JAMES D. CAIN, JR.**
**UNITED STATES DISTRICT JUDGE**

---

[1] Doc. 12.