**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAKE CHARLES DIVISION**

**EMILE HAWKINS #290101**                    **CASE NO.  2:22-CV-06218 SEC P**

**VERSUS**                                               **JUDGE JAMES D. CAIN, JR.**

**STATE OF LOUISIANA ET AL**             **RETIRED MAG JDG JRS KAY**

**ORDER**

On June 5, 2025, the undersigned issued an order for the Warden of the Jefferson Davis Correctional Center in Jennings, Louisiana to provide the Court within thirty days of the Order, "a full accounting of the payments received and made from the plaintiff's inmate account to this Court from January 23, 2023, through the present." The record reflect that the Warden received a copy of this Court's Order via Certified Mail.[1] It appears that the Warden has chosen not to comply with the Order. Accordingly,

**IT IS ORDERED** that Warden, William Powell, of the Jefferson Davis Correctional Center in Jennings, Louisiana appear in person on August 26, 2025, at 11:00 a.m. to the Edwin G. Hunter Federal Courthouse, courtroom #4, in Lake Charles, Louisiana, to show cause why he failed to comply with this Court's Order to provide an accounting of Petitioner, Emile Hawkin's inmate account. The Warden is instructed to bring with him a certified copy of Hawkins' inmate account as detailed in the Order to Show Cause issued June 5, 2025.[2]

---

[1] See Doc. 23, Certified Mail Return Receipt.
[2] Doc. 22.

The Clerk is directed to send Warden Powell a copy of this order and the Rule to Show Cause[3] via certified mail.

**THUS DONE AND SIGNED** in Chambers on this **18th day of July, 2025.**

**JAMES D. CAIN, JR.**
**UNITED STATES DISTRICT JUDGE**

---

[3] **Doc. 22.**

**Page 2 of 2**