RECEIVED
U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

JUL 17 2025

DANIEL J. McCOY, CLERK
BY: KW

Now case close Attached Pm 11:30 Pm

22-cv-6218 Sec P   7-11-25

Dear, Judge James Cain

I'm forwarding this Letter concering your "Motion to show cause" You sent to me for, this coniection Center in Jefferson Davis Parish, Jennings LA. I was Trying to see when will I Regceive my money Back to my Account They Been Taking my money Orders, Our Agreement is 20% percent out of Every money Order, Not all my money Order, my family was sending me money, and they was taking all my money Order from. OK you will see Different money Order, Like $25.00 Dollars, $40.00 Dollars, $50.00 Dollars $60.00 Dollar $100.00 Dollars, money Order, Like these was sent to your Court, without, Taking 20% percent out of my money Order, I should Have The Right to Have my Back to my Account, Because it is a Breech Contract of the 20% percent court Agreement with me. That all I ask for my money Back on my Account to Every money Order That was forward to your court without 20% percent Taken, and money Order, That they took from me without 20% percent. Agreement 20% percent, is Just is Like $8.00 in some $10.00 in Some $12.00 Dollar and $20.00 Dollars

My Money was sent from my Family like this showed in some money order. If I get money for Example

25.00        30.00        40.00
  .20          .20          .20
$5.00        $6.00        $8.00

50.00        60.00        80.00
  20          20            20
$10.00       $12.00       $16.00

100.00       150.00       200.00
  20          20            200
$20.00       $30.00       $40.00

These are How are How much some of money order was from my family. If my family sent 100.00 Dollars only 20.00 Dollars was supposed To went to the Court I need my Money Because I Have Nothing. I need my Commissary for food and other items. 30 Days was your order Around 7-14-25. Can I get my money Back. Thank you.
R.S.P.