*This is our agreement 20 % per*

**SECTION P**

Case Number: _____

**INSTRUCTIONS FOR FILING AN
APPLICATION TO PROCEED *IN FORMA PAUPERIS* PURSUANT TO 28 U.S.C. § 1915
(FOR BOTH PRISONERS AND ICE DETAINEES)**

1. **WHO SHOULD USE THIS FORM.** Prisoners and ICE detainees who are unable to pay the filing fee and service costs to file a suit with this court should use this *in forma pauperis* ("IFP") application. Please note that prisoners and ICE detainees follow different rules when an IFP application is granted and the following requirements should be followed:

   a. **For Prisoners (Not ICE Detainees):** In the past, some prisoners granted IFP status were ordered to pay only part of the filing fee and were never obligated to pay any more. However, the Prison Litigation Reform Act ("PLRA") has now changed this. The PLRA amended 28 U.S.C. § 1915 to obligate a prisoner granted IFP status to pay the entire filing fee of $350.00 ($405.00 minus a $55.00 administrative fee) in a civil action and $5.00 in a habeas corpus petition. The granting of *in forma pauperis* status allows a prisoner to proceed in a civil case without having to prepay the entire filing fee. A prisoner granted IFP status is able to pay the filing fee of $350.00 in small increments over time and is obligated to pay the full amount **no matter how long it takes and regardless of whether the action is dismissed or if the prisoner is released from confinement.** PLEASE NOTE: If the *in forma pauperis* application is DENIED, the entire filing fee of $350.00 plus the administrative fee of $55.00 for a total of $405.00 will be assessed.

   b. **For ICE Detainees Only:** Just like prisoners, ICE detainees who file suit with this court may also file for IFP status. However, the Prison Litigation Reform Act does not apply to ICE detainees. Therefore, ICE detainees who are granted IFP status do not pay any of the $405.00 filing fee and are only required to pay $5.00 for a habeas corpus action. An ICE detainee who is denied IFP status in a civil action must pay the entire filing fee of $405.00.

   c. **Appeals:** Prisoners and ICE detainees appealing an action of the district court must pay a $605.00 fee. *See* Federal Rules of Appellate Procedure 3 and 28 U.S.C. § 1913.

2. **FILL OUT THE FORM.** To file an application to proceed *in forma pauperis*, the applicant must submit the following forms:

   a. An affidavit that includes a statement of all assets the applicant possesses; and

   b. A certified copy of the applicant's account statement for the last six months, obtained from the appropriate official at the prison or correctional facility; and

   c. A signed form authorizing the institution of incarceration to forward from the applicant's account to the Clerk of Court any filing fee or initial partial filing fee assessed by the Court and if a prisoner and not an ICE detainee to forward monthly payments thereafter of 20 percent of the prisoner's preceding month's income credited to the prison account until the full amount of the filing fee is paid.

~~MOTIONS #1~~

Pending D. Due process Rights Access to Court Paper
Religious Diet Rights
Legal Mail P.          Failure to Train
P.C. Right            Untivilize Treatment
~~Due Right Ruler~~          Of another Person
                              - Racial
✓ 4/18 Memorandom Procumamtion
ORDERS Subpoena C Jeff Davis
Cameras 4-12-13/25   4-23-25
8-10-25 → Mumora



## U.S. District Court

### Western District of Louisiana

**Notice of Electronic Filing**

The following transaction was entered on 6/5/2025 at 3:42 PM CDT and filed on 6/5/2025

**Case Name:** Hawkins v. Louisiana et al

**Case Number:** 2:22-cv-06218-JDC-KK

**Filer:**

**WARNING: CASE CLOSED on 08/21/2023**

**Document Number:** 22

**Docket Text:**
ORDER TO SHOW CAUSE: IT IS ORDERED that the Warden of the Jefferson Davis Correction Center shall, within thirty (30) days of this Order, provide the Court with a full accounting of the payments received and made from the plaintiff's inmate account to this Court from January 23, 2023, through the present. Signed by Judge James D Cain, Jr on 6/5/20. (crt,Devillier, W)