Emile Hawkins #290101
I-504/ J.D.P.
P.O. Box 863
Jennings, LA
70546

X-RAYED
CLEARED FOR DELIVERY

Legal Mail

BATON ROUGE LA 707
15 JUL 2025 AM 1 L
USA ★ FOREVER

W.D.I.F.C.
Judge James Cain
Section P
Western District Federal Court
suite 2100
800 Lafayette St.
Lafayette, LA 70501

RECEIVED
U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

JUL 17 2025

DANIEL J. McCOY, CLERK
BY: _____

© USPS 2019
THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT
FSC MIX Envelope FSC® C137131