XXXXXXXXXXXXXXXXXXX
25-cv-0870

22-cv-6218

RECEIVED
U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

JUL 2 4 2025

DANIEL J. McCOY, CLERK
BY:_____ KW

Dear, Judge James D. Cain,    7-21-25,
I'm forwarding you this letter concerning
A "Motion To show cause" To warden of
Jefferson Davis Parish Correction Center, About
my Account from 1-23-23 To 6-10-25, you
Order 30 Days on Motion To show caused my
prison. They took more than 20% percent out
of my money Truly breeching Contract of court
Order in Correction Center in Jennings. When
will I Receive my money back To my Account
They took them me, from the year 1-23-23
6-10-25, I should be Title to all my money
Back To my Account, Just only 20% percent
out of Every money, when I get my money back
from the court, Judge James Cain, I wait
for your most speedy reply To This Matter.