Emile Hawkins     Western District Federal Court
VS                    7-24-25 Sec-P
Jefferson Davis Parish Correction Center ETA!

Case: 006218
Judge: LeBlanc

RECEIVED
U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

JUL 3 1 2025
KW

DANIEL J. McCOY, CLERK
BY: _____

Motion for Memorandum Order To Show Cause, Shall Jefferson Davis Parish Correctional Center Produce The Body of Emile Hawkins in The Federal Court House Room 4, in Lake Charles, LA. on August 26, 2025 at 11:00 A.M. Hawkins states clearly He like To Be Present in Court House To Receive any & All Money owe To Him By 20% percent Agreement Being Breech By Administration Staff Member. That Hawkins prays To Court That Court Awarded Hawkins with any & All Money Damage Court Think Hawkins is Entitle to for Breech of Court Order Contract. for Hawkins Pro-Se fee Court

BACK SIDE

Award Hawkins Any & All Money Damage Court Think is Owe to Hawkins For Breach Contract of Court Order, Shall Court Order Money Damage For Emotion Distress To the matter at Hand. Shall The Court Put Hawkins Money on Back To His Account on August 26, 2025, Any Time after court.

Memorandum Order Motion to Show to Cause, Produce Any & All Court paper To Emile Hawkins From Such said Matter at Hand, in This Western District Federal Court. Also Shall The Court Award Hawkins with Compensatory, Nominal, Punitive Damage If Hawkins is Title To By Pain and Suffering By Breach Contract of His Money Missing From His Account. Hawkins Suffer From Not Making Commissary in Correction Center. Hawkins Pray Court, Grant Money Damage For Hawkins Pro-se filing To Matter. Submitted By

Emile Hawkins