

# Jefferson Davis Parish Sheriff's Office
### SHERIFF AND EX-OFFICIO TAX COLLECTOR
## Kyle C. Miers

| ADMINISTRATION | | FINES / TAXES |
|---|---|---|
| P.O. BOX 1449 | (P) (337) 821-2100 | P.O. BOX 863 |
| JENNINGS, LA 70546 | (F) (337) 821-2105 | JENNINGS, LA 70546 |
| | info@jdpso.org | |

RECEIVED
U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

JUL 3 1 2025

22-cv-6218 Sec P

DANIEL J. McCOY, CLERK

BY:_____ KW

In December of 2024 we switched companies that handled our inmate funds. Attached are the records from our current system. We are waiting for the previous company to rebuild our sever we had with them. Once they complete that we will be able to go in and get the remaining of the inmate account history and mail it in. Sorry for the delay.


Nicholas Caswell
Assistant Warden
Jefferson Davis Sheriffs Office

# Resident Transaction Details

Transactions  to 6/12/2025 11:59 PM

## 848423 : HAWKINS,  EMILE J

### ISOLATIONMEN

| Main Balance: | $45.28 |
|---|---|

| Receipt | Date | Type | Bill Amount | Bill Collect | Comment | Adjust | Spend Balance |
|---|---|---|---|---|---|---|---|
| 20287 | 6/11/2025 | BillPay | | | PAYMENT FOR TRANS 19461 TO Medical - Medication : 05/24/25 : PAID IN FULL | -$2.00 | $45.28 |
| 20286 | 6/11/2025 | BillPay | | | PAYMENT FOR TRANS 19459 TO Medical - Doctor : 05/24/25 : PAID IN FULL | -$2.72 | $47.28 |
| 20285 | 6/11/2025 | CredPay | | | PAYMENT FOR TRANS 20284 | $50.00 | $50.00 |
| 20284 | 6/11/2025 | Credit | $50.00 | $50.00 | CSG Deposits : Correct Solutions | | $0.00 |
| 19461 | 5/30/2025 | Bill | $2.00 | $2.00 | Medical - Medication : 05/24/25 | | $0.00 |
| 19460 | 5/30/2025 | BillPay | | | PAYMENT FOR TRANS 19459 | -$0.28 | $0.00 |
| 19459 | 5/30/2025 | Bill | $3.00 | $3.00 | Medical - Doctor : 05/24/25 | | $0.28 |
| 17927 | 5/20/2025 | BillPay | | | PAYMENT FOR TRANS 17926 | -$24.92 | $0.28 |
| 17926 | 5/20/2025 | Bill | $24.92 | $24.92 | Commissary : COMMISSARY 5/20/2025 REF:52 | | $25.20 |
| 17556 | 5/13/2025 | CredPay | | | PAYMENT FOR TRANS 17555 | $25.00 | $25.20 |
| 17555 | 5/13/2025 | Credit | $25.00 | $25.00 | CSG Deposits : CSGPAY | | $0.20 |
| 17023 | 5/6/2025 | BillPay | | | PAYMENT FOR TRANS 17022 | -$47.56 | $0.20 |
| 17022 | 5/6/2025 | Bill | $47.56 | $47.56 | Commissary : COMMISSARY 5/6/2025 REF:48 | | $47.76 |
| 16891 | 5/5/2025 | CredPay | | | PAYMENT FOR TRANS 16890 | $20.00 | $47.76 |

# 848423 : HAWKINS,  EMILE J

## ISOLATIONMEN

| | | |
|---|---|---|
| Main Balance: | $45.28 |

## Resident Transaction Details

| Receipt | Date | Type | Bill Amount | Bill Collect | Comment | Adjust | Spend Balance |
|---|---|---|---|---|---|---|---|
| 16890 | 5/5/2025 | Credit | $20.00 | $20.00 | CSG Deposits : CSGPAY | | $27.76 |
| 16826 | 5/4/2025 | BillPay | | | PAYMENT FOR TRANS 16311 TO Medical - Medication : 1 medications 4/19/25 : PAID IN FULL | -$2.00 | $27.76 |
| 16825 | 5/4/2025 | BillPay | | | PAYMENT FOR TRANS 16310 TO Medical - Doctor : 4/19/25 : PAID IN FULL | -$3.00 | $29.76 |
| 16824 | 5/4/2025 | BillPay | | | PAYMENT FOR TRANS 2349 TO ImportedDebt : ImportedDebt : PAID IN FULL | -$17.24 | $32.76 |
| 16823 | 5/4/2025 | CredPay | | | PAYMENT FOR TRANS 16822 | $50.00 | $50.00 |
| 16822 | 5/4/2025 | Credit | $50.00 | $50.00 | CSG Deposits : Correct Solutions | | $0.00 |
| 16311 | 4/28/2025 | Bill | $2.00 | $2.00 | Medical - Medication : 1 medications 4/19/25 | | $0.00 |
| 16310 | 4/28/2025 | Bill | $3.00 | $3.00 | Medical - Doctor : 4/19/25 | | $0.00 |
| 15404 | 4/11/2025 | BillPay | | | PAYMENT FOR TRANS 2349 TO ImportedDebt : ImportedDebt | -$10.00 | $0.00 |
| 15403 | 4/11/2025 | Add | | | entered on books | $10.00 | $10.00 |
| 15402 | 4/11/2025 | Open | | | RESIDENT RE-OPEN | $0.00 | $0.00 |
| 2349 | 12/2/2024 | Bill | $27.24 | $27.24 | ImportedDebt : ImportedDebt | | $0.00 |
| 1634 | 12/2/2024 | Close | | | | | $0.00 |
| 1633 | 12/2/2024 | Release | | | RESIDENT RELEASE | | $0.00 |
| 1632 | 12/2/2024 | Open | | | OPENING ACCOUNT | $0.00 | $0.00 |