Case 2:22-cv-06218-JDC-TPL Document 38 Filed 08/01/25 Page 1 of 3 PageID #: 185

Emily Hawkins
V S
Jefferson Davis Parish Correction Center

Western District Court
Page 1

**22-cv-6218 Sec P**

Case: 006218
Judge: CAIN

RECEIVED
U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
AUG 0 1 2025
DANIEL J. McCOY, CLERK
BY: ____

LA. C.C.P Art 2004

"Motion For PRO-Se Attorney Fee"s;

"Motion For Relief For money Damage For A Court Order Breech Contract of 20% percent Out of money order in Civil Law suit."

That Warden Powell took illegal money from Hawkins Account from 1-23-23 To 7-24-25 Memorandum Order Shall Warden Powell ETAl pay all Court Awarded Damages on 8-26-25 To Hawkins Account for Takin Money from His Account Breeching Court Order 20% percent out of every money order. Hawkins recerved at Correction Center.

Memorandum Order Shall Warden Powell pay Hawkins for Emotion Distress, Pain & Suffering Loss of Correction Center Commissary, Abuse of process, intentional infliction of Emotional Diostress, Attorney fee's, Awarded upon proof Civil Article 2320; LA. R.S. 44: 35 E.

The Custodian Shall Be personally liable for the payment of any such Damages and Shall Be liable in solido with the public Body for the payment of the Requestor Attorney fee's and other Cost of Litigation Excent Where the Custodian Has with held or Denied production of the Request of Record or Record on advice of the legal Counsel REPRESENTINg The PuBlic Body The COURT MAY

Award Attorney fee's to the Custodian 44:32

IT may award Request Civil penarties would acess more Hundred Dollar. The act which caused the Damage liability for Damages seral may caused By His negligence Article 2324, 2315.3 Special Damages Exemplary Damages liability for Damage.

Michael E TwanDzik Vs. Orleans Parish School Broad, May 26 2004 876 So. 2d 855, LA. 2004. In this Michael fill PRO-Se Court Award Attorney fee's of $3,500 Dollar for His time. 44,35 E                              PAGE.2

Also Hawkins pray for Relief from this Court Compensated Damage in the amount of $1,000 Dollar Against each Defendant, Punitive Damages in the Amount of $1,000 Dollar each Defendants. Hawkins pray for this Court on 8-21-25 money Damage for Hawkins pain and suffering and Emotion Distress, and $11,000 for 8th and 14th Amendment Rights Violation of Hawkins Constitutional Rights of a Breech Contract and Court Order on June 5, 2025 Violating Court Order Refuse to give Records, Warden Powell un Reasonably or Arbitrarily fail to Report to the order as Required By Court Order. IT IS Further ORDER within 30 Days, after 8-26-25 or on 8-26-25 Hawkins Be paid His money was Taken from His Account and money Damage Court Award to Hawkins, for Warden Powell BReeching Contract and fail to obey Court Order 6-5-25

P.3       W.D.7.C.     CASE# 00628

           JudgeCain

# ORDER

Memorandum Order shall Warden
Powell shall forward PROOF to Hawkins
proof of money pouring Back to Hawkins
Account on 8-26 - 25 or Within 30 Days from
This Order

      Motion To Produce the Body of
Emile Hawkins in The Western District
Court House Room 4, Lake Charles, LA
On ___ Day of ___ 2025. At ___ O'clock

8-26-25 @ Body Of EmileHAWKINS

      IT IS Further Order THAT MOTION
for HAWKINS MONEY DAMAGE Be
GRANTED ON 8-26-25

DATE       / JUdge

        SuBmitted By.
Emile Hawkins
P.O.BOX 863
Jennings LA 70546