MOTION SHOUCASED Pen 848423        7-23-25

Dear, Judge Cain

I, Hawkins Ware To use This Back of paper Because, Correction Center in Jennings LA, Jail To guve me Indigent supply, Here 7-(10-239-25) They Warden Powell Refused To gueme paper, staff member Kiosk Machine, Retaliation against me Here in this Jail House Behind 2 aw suit, I'm Being Retaliation against me, Takes my Pen 848423 out the System where I Can't use The Kiosk Machine OR phone, and staff member want gue me Request form of Paper, I Can't call my family Warden Powell Block my Pen 848423 out of the System where I Cant use the Kiosk machine. To file A.R.P. I call my family, Ever since you sent Order Retaliation against 8-26-25 Warden Powell, Court Date, Case 006218