Emile Hawkins 290911
Alpha#1 J.D.P.C.C.
P.O. Box 863 1530 Hwy
1530 Hwy 90 West 900
Jennings LA 70546

Legal Mail

Black Live MATTERS

Western District Court
Judge Cain CASE: 006218
Suite 2100
800 Lafayette St.
Lafayette LA 70501

BATON ROUGE LA 707
30 JUL 2025 AM 3 L
1775 ★

RECEIVED
U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

AUG 0 1 2025

DANIEL J. McCOY, CLERK

BY:_____