Case 2:22-cv-06218-JDC-KK Document 22 Filed 06/04/25 Page 1 of 8 PageID #: 198

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## LAKE CHARLES DIVISION

EMILE HAWKINS                                    DOCKET NO. 2:22-cv-06218
#290101                                                        SECTION P

VERSUS                                                  JUDGE JAMES D. CAIN, JR.

STATE OF LOUISIANA, ET AL                 MAGISTRATE JUDGE KAY

## ORDER TO SHOW CAUSE

On May 15, 2025, Plaintiff filed a motion regarding the payment of his filing fees in the above-captioned matter. Doc. 15. To facilitate the Court's assessment of plaintiff's claims,

**IT IS ORDERED** that the Warden of the Jefferson Davis Correction Center shall, within thirty (30) days of this Order, provide the Court with a full accounting of the payments received and made from the plaintiff's inmate account to this Court from January 23, 2023, through the present.

THUS DONE AND SIGNED in Chambers this 5th day of June, 2025.

JAMES D. CAIN, JR.
UNITED STATES DISTRICT JUDGE

RECEIVED
U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

AUG 0 4 2025

DANIEL J. McCOY, CLERK
A.S

# Main Balance Trans Details

Transactions From 4/11/2025 12:00 AM to 7/30/2025 11:59 PM

## 848423 : HAWKINS, EMILE J

### ALPHA1

| | Main Balance: | $0.20 |
|---|---|---|

| Receipt | Date | Type | Comment | Adjust | Spend Balance |
|---|---|---|---|---|---|
| 22336 | 7/15/2025 | BillPay | PAYMENT FOR TRANS 22335 | -$22.35 | $0.20 |
| 22104 | 7/12/2025 | CredPay | PAYMENT FOR TRANS 22103 | $20.00 | $22.55 |
| 21899 | 7/8/2025 | BillPay | PAYMENT FOR TRANS 21898 | -$29.46 | $2.55 |
| 21506 | 7/1/2025 | BillPay | PAYMENT FOR TRANS 21505 | -$8.24 | $32.01 |
| 21064 | 6/24/2025 | BillPay | PAYMENT FOR TRANS 21063 | -$5.03 | $40.25 |
| 20287 | 6/11/2025 | BillPay | PAYMENT FOR TRANS 19461 TO Medical - Medication : 05/24/25 : PAID IN FULL | -$2.00 | $45.28 |
| 20286 | 6/11/2025 | BillPay | PAYMENT FOR TRANS 19459 TO Medical - Doctor : 05/24/25 : PAID IN FULL | -$2.72 | $47.28 |
| 20285 | 6/11/2025 | CredPay | PAYMENT FOR TRANS 20284 | $50.00 | $50.00 |
| 19460 | 5/30/2025 | BillPay | PAYMENT FOR TRANS 19459 | -$0.28 | $0.00 |
| 17927 | 5/20/2025 | BillPay | PAYMENT FOR TRANS 17926 | -$24.92 | $0.28 |
| 17556 | 5/13/2025 | CredPay | PAYMENT FOR TRANS 17555 | $25.00 | $25.20 |
| 17023 | 5/6/2025 | BillPay | PAYMENT FOR TRANS 17022 | -$47.56 | $0.20 |
| 16891 | 5/5/2025 | CredPay | PAYMENT FOR TRANS 16890 | $20.00 | $47.76 |
| 16826 | 5/4/2025 | BillPay | PAYMENT FOR TRANS 16311 TO Medical - | -$2.00 | $27.76 |

Printed 7/30/2025

Confidential Property of Main Database

Page 1 of 2

Case 2:22-cv-06218-JDC-TPL   Document 40   Filed 08/04/25   Page 3 of 8 PageID #: 200

# HAWKINS
## EMILE JOSEPH

ID: 848423

DOB: 12/6/1971

Male

Other

Location: Block INFIRM Cell 1 Bed 8

Privilege Level:

Closed

Inmate Trust Account...

**Spending Balance: $0.00**

Funds Held: $0.00

Bill Balance: $27.24

| Date | Time | Entry Type | Notes | Amount | Running B... |
|---|---|---|---|---|---|
| 5/9/24 | 9:00 PM | Note | ******* Closed Account ******* | | — |
| | 7:05 PM | Note | ******* Opened Account ***... | | — |
| | 7:04 PM | Note | ******* Closed Account ******* | | — |
| | 7:04 PM | BillPayment | Other | -10.00 | 0.00 |
| 5/8/24 | 10:07 AM | BillPayment | CTC Phone Cards | Order ... | -10.00 | 10.00 |
| 5/6/24 | 4:36 PM | BillPayment | CTC Phone Cards | Order ... | -20.00 | 20.00 |
| 5/3/24 | 1:20 PM | BillPayment | Other | -10.00 | 40.00 |
| | 1:15 PM | Add | Unconsolidated Funds | 50.00 | 50.00 |
| 4/15/24 | 6:15 PM | Note | ******* Opened Account ***... | | — |
| | 6:10 PM | Note | ******* Closed Account ******* | | — |
| | 6:10 PM | BillPayment | Other | -97.10 | 0.00 |
| 4/7/24 | 9:00 PM | BillPayment | Other | -20.00 | 97.10 |
| | 8:52 PM | Add | Unconsolidated Funds | 100.00 | 117.10 |
| 4/2/24 | 8:25 PM | BillPayment | Other | -4.00 | 17.10 |
| | 8:19 PM | Add | Unconsolidated Funds | 20.00 | 21.10 |
| 3/26/24 | 4:03 PM | BillPayment | Taxes | Order 5585 | -6.72 | 1.10 |
| | 4:03 PM | BillPayment | Commissary | Order 5585 | -67.51 | 7.82 |
| 3/15/24 | 4:07 PM | BillPayment | CTC Phone Cards | Order ... | -10.00 | 75.33 |
| 3/11/24 | 4:04 PM | BillPayment | CTC Phone Cards | Order ... | -30.00 | 85.33 |
| 3/5/24 | 3:08 PM | BillPayment | Taxes | Order 5570 | -0.64 | 115.33 |
| | 3:08 PM | BillPayment | Commissary | Order 5570 | -6.43 | 115.97 |
| 3/4/24 | 9:10 PM | BillPayment | Other | -20.00 | 122.40 |
| | 9:02 PM | Add | Unconsolidated Funds | 100.00 | 142.40 |
| 3/2/24 | 5:00 PM | BillPayment | Other | -10.00 | 42.40 |
| | 4:52 PM | Add | Unconsolidated Funds | 50.00 | 52.40 |
| 2/28/24 | 12:10 PM | BillPayment | Other | -0.60 | 2.40 |
| | 12:10 PM | Add | Unconsolidated Funds | 3.00 | 3.00 |
| | 10:10 AM | Note | ******* Opened Account ***... | | — |
| 5/31/23 | 5:25 PM | Note | ******* Closed Account ******* | | — |
| | 5:05 PM | Note | ******* Opened Account ***... | | — |
| | 5:02 PM | Note | ******* Closed Account ******* | | — |
| | 5:02 PM | BillPayment | Other | -28.52 | 0.00 |
| 5/23/23 | 8:12 AM | BillPayment | CTC Phone Cards | Order ... | -10.00 | 28.52 |

## HAWKINS
## EMILE JOSEPH

ID: 848423

DOB: 12/6/1971

Male

Other

Location: Block INFIRM Cell 1 Bed 8

Privilege Level:

Closed

Inmate Trust Account...

**Spending Balance: $0.00**

Funds Held: $0.00

Bill Balance: $27.24

| Date | Time | Type | Description | Amount | Balance |
|---|---|---|---|---|---|
| 3/2/24 | 5:00 PM | BillPayment | Other | -10.00 | 42.40 |
| | 4:52 PM | Add | Unconsolidated Funds | 50.00 | 52.40 |
| 2/28/24 | 12:10 PM | BillPayment | Other | -0.60 | 2.40 |
| | 12:10 PM | Add | Unconsolidated Funds | 3.00 | 3.00 |
| | 10:10 AM | Note | ~~~~~ Opened Account ~~... | | — |
| 5/31/23 | 5:25 PM | Note | ~~~~~ Closed Account ~~~~~~ | | — |
| | 5:05 PM | Note | ~~~~~ Opened Account ~~... | | — |
| | 5:02 PM | Note | ~~~~~ Closed Account ~~~~~~ | | — |
| | 5:02 PM | BillPayment | Other | -28.52 | 0.00 |
| 5/23/23 | 8:12 AM | BillPayment | CTC Phone Cards \| Order ... | -10.00 | 28.52 |
| | 8:09 AM | BillPayment | Taxes \| Order 5384 | -1.34 | 38.52 |
| | 8:09 AM | BillPayment | Commissary \| Order 5384 | -13.38 | 39.86 |
| 5/19/23 | 1:55 PM | BillPayment | Other | -6.00 | 53.24 |
| | 1:46 PM | Add | Unconsolidated Funds | 30.00 | 59.24 |
| 5/16/23 | 11:56 AM | BillPayment | Taxes \| Order 5382 | -1.95 | 29.24 |
| | 11:56 AM | BillPayment | Commissary \| Order 5382 | -19.70 | 31.19 |
| 5/15/23 | 9:10 AM | BillPayment | Taxes \| Credit 5379 | 0.10 | 50.89 |
| | 9:10 AM | BillPayment | Commissary \| Credit 5379 | 0.99 | 50.79 |
| 5/10/23 | 1:50 PM | BillPayment | Taxes \| Credit 5376 | 0.16 | 49.80 |
| | 1:50 PM | BillPayment | Commissary \| Credit 5376 | 1.57 | 49.64 |
| 5/9/23 | 9:25 PM | BillPayment | Other | -12.00 | 48.07 |
| | 9:20 PM | Add | Unconsolidated Funds | 60.00 | 60.07 |
| | 3:36 PM | BillPayment | Taxes \| Order 5375 | -2.13 | 0.07 |
| | 3:36 PM | BillPayment | Commissary \| Order 5375 | -22.00 | 2.20 |
| 5/5/23 | 7:35 PM | BillPayment | Other | -6.00 | 24.20 |
| | 7:25 PM | Add | Unconsolidated Funds | 30.00 | 30.20 |
| 5/2/23 | 10:40 AM | BillPayment | Taxes \| Order 5370 | -1.74 | 0.20 |
| | 10:40 AM | BillPayment | Commissary \| Order 5370 | -18.92 | 1.94 |
| 4/30/23 | 6:20 PM | BillPayment | Other | -5.00 | 20.86 |
| | 6:13 PM | Add | Unconsolidated Funds | 25.00 | 25.86 |
| 4/25/23 | 4:21 PM | BillPayment | Taxes \| Order 5363 | -0.91 | 0.86 |
| | 4:21 PM | BillPayment | Commissary \| Order 5363 | -9.24 | 1.77 |
| 4/18/23 | 2:23 PM | BillPayment | Taxes \| Order 5359 | -1.44 | 11.01 |
| | 2:23 PM | BillPayment | Commissary \| Order 5359 | -14.56 | 12.45 |

Case 2:22-cv-06218-JDC-TPL   Document 40   Filed 08/04/25   Page 4 of 8 PageID #: 201

Case 2:22-cv-06218-JDC-TPL    Document 40    Filed 08/04/25    Page 5 of 8 PageID #: 202

# HAWKINS
## EMILE JOSEPH

ID: 848423

DOB: 12/8/1971

Male

Other

Location: Block INFIRM Cell 1 Bed 8

Privilege Level:

Closed

<u>Inmate Trust Account...</u>

## Spending Balance: $0.00

Funds Held: $0.00

Bill Balance: $27.24

| Date | Time | Type | Description | Amount | Balance |
|---|---|---|---|---|---|
| 4/25/23 | 4:21 PM | BillPayment | Taxes | Order 5363 | -0.91 | 0.86 |
| | 4:21 PM | BillPayment | Commissary | Order 5363 | -9.24 | 1.77 |
| 4/18/23 | 2:23 PM | BillPayment | Taxes | Order 5359 | -1.44 | 11.01 |
| | 2:23 PM | BillPayment | Commissary | Order 5359 | -14.56 | 12.45 |
| | 10:50 AM | BillPayment | Other | -6.00 | 27.01 |
| | 10:43 AM | Add | Unconsolidated Funds | 30.00 | 33.01 |
| 4/11/23 | 3:01 PM | BillPayment | Taxes | Order 5355 | -0.98 | 3.01 |
| | 3:01 PM | BillPayment | Commissary | Order 5355 | -9.90 | 3.99 |
| 4/5/23 | 8:41 AM | BillPayment | Taxes | Order 5350 | -1.78 | 13.89 |
| | 8:41 AM | BillPayment | Commissary | Order 5350 | -17.96 | 15.67 |
| 3/31/23 | 3:13 PM | BillPayment | CTC Phone Cards | Order ... | -10.00 | 33.63 |
| 3/29/23 | 9:36 AM | BillPayment | Taxes | Order 5345 | -3.72 | 43.63 |
| | 9:36 AM | BillPayment | Commissary | Order 5345 | -37.54 | 47.35 |
| 3/28/23 | 1:25 PM | BillPayment | Other | -10.00 | 84.89 |
| | 1:20 PM | Add | Unconsolidated Funds | 50.00 | 94.89 |
| | 9:00 AM | BillPayment | CTC Phone Cards | Order ... | -10.00 | 44.89 |
| 3/21/23 | 4:13 PM | BillPayment | Taxes | Order 5342 | -5.67 | 54.89 |
| | 4:13 PM | BillPayment | Commissary | Order 5342 | -57.10 | 60.56 |
| 3/18/23 | 6:25 PM | BillPayment | Other | -6.00 | 117.66 |
| | 6:20 PM | Add | Unconsolidated Funds | 30.00 | 123.66 |
| 3/16/23 | 1:15 PM | BillPayment | Other | -20.00 | 93.66 |
| | 1:07 PM | Add | Unconsolidated Funds | 100.00 | 113.66 |
| 3/10/23 | 3:39 PM | BillPayment | CTC Phone Cards | Order ... | -10.00 | 13.66 |
| 3/8/23 | 3:40 PM | BillPayment | CTC Phone Cards | Order ... | -10.00 | 23.66 |
| 3/7/23 | 3:25 PM | BillPayment | Taxes | Order 4333 | -3.22 | 33.66 |
| | 3:25 PM | BillPayment | Commissary | Order 4333 | -32.49 | 36.88 |
| 3/1/23 | 12:20 AM | BillPayment | Other | -10.00 | 69.37 |
| | 12:14 AM | Add | Unconsolidated Funds | 50.00 | 79.37 |
| 2/28/23 | 12:49 PM | BillPayment | Taxes | Order 4329 | -3.93 | 29.37 |
| | 12:49 PM | BillPayment | Commissary | Order 4329 | -39.55 | 33.30 |
| 2/21/23 | 1:09 PM | BillPayment | Taxes | Order 4325 | -2.61 | 72.85 |
| | 1:09 PM | BillPayment | Commissary | Order 4325 | -26.27 | 75.46 |
| 2/19/23 | 6:20 PM | BillPayment | Other | -20.00 | 101.73 |
| | 6:12 PM | Add | Unconsolidated Funds | 100.00 | 121.73 |

Case 2:22-cv-06218-JDC-TPL   Document 40   Filed 08/04/25   Page 6 of 8 PageID #: 203

# HAWKINS
## EMILE JOSEPH

ID: 848423

DOB: 12/6/1971

Male

Other

Location: Block INFIRM Cell 1 Bed 8

Privilege Level:

Closed

Inmate Trust Account...

**Spending Balance: $0.00**

**Funds Held: $0.00**

**Bill Balance: $27.24**

Spending History | Billing History | Reports

| Date | Time | Type | Description | Amount | Balance |
|---|---|---|---|---|---|
| 2/21/23 | 1:09 PM | BillPayment | Taxes | Order 4325 | -2.61 | 72.85 |
| | 1:09 PM | BillPayment | Commissary | Order 4325 | -26.27 | 75.46 |
| 2/19/23 | 6:20 PM | BillPayment | Other | -20.00 | 101.73 |
| | 6:12 PM | Add | Unconsolidated Funds | 100.00 | 121.73 |
| 2/14/23 | 4:07 PM | BillPayment | Taxes | Order 4321 | -3.12 | 21.73 |
| | 4:07 PM | BillPayment | Commissary | Order 4321 | -31.41 | 24.85 |
| 2/7/23 | 3:14 PM | BillPayment | Taxes | Order 4315 | -2.21 | 56.26 |
| | 3:14 PM | BillPayment | Commissary | Order 4315 | -22.25 | 58.47 |
| 2/4/23 | 6:25 PM | BillPayment | Other | -20.00 | 80.72 |
| | 6:18 PM | Add | Unconsolidated Funds | 100.00 | 100.72 |
| 1/31/23 | 3:14 PM | BillPayment | Taxes | Order 4310 | -0.49 | 0.72 |
| | 3:14 PM | BillPayment | Commissary | Order 4310 | -4.97 | 1.21 |
| 1/30/23 | 7:00 AM | BillPayment | Other | -1.54 | 6.18 |
| | 7:00 AM | Correction | Other | Entered wrong am... | 1.54 | 7.72 |
| | 6:59 AM | BillPayment | Other | -1.54 | 6.18 |
| 1/24/23 | 1:28 PM | BillPayment | Taxes | Order 4305 | -2.91 | 7.72 |
| | 1:28 PM | BillPayment | Commissary | Order 4305 | -29.39 | 10.63 |
| 1/22/23 | 8:46 AM | Add | Unconsolidated Funds | 40.00 | 40.02 |
| 1/4/23 | 12:37 PM | BillPayment | Taxes | Order 4286 | -0.05 | 0.02 |
| | 12:37 PM | BillPayment | Commissary | Order 4286 | -0.51 | 0.07 |
| 12/27/22 | 3:45 PM | BillPayment | Taxes | Order 4281 | -3.32 | 0.58 |
| | 3:45 PM | BillPayment | Commissary | Order 4281 | -33.37 | 3.90 |
| 12/24/22 | 8:40 PM | BillPayment | Medical Medicine | -2.00 | 37.27 |
| | 8:40 PM | BillPayment | Medical Doctor Visit | -3.00 | 39.27 |
| | 8:40 PM | BillPayment | Medical Medicine | -2.00 | 42.27 |
| | 8:40 PM | BillPayment | Medical Doctor Visit | -3.00 | 44.27 |
| | 8:40 PM | BillPayment | Medical Doctor Visit | -2.73 | 47.27 |
| | 8:34 PM | Add | Unconsolidated Funds | 50.00 | 50.00 |
| 11/14/22 | 9:59 AM | BillPayment | Medical Doctor Visit | -0.27 | 0.00 |
| 10/26/22 | 3:21 PM | BillPayment | CTC Phone Cards | Order ... | -10.00 | 0.27 |
| 10/25/22 | 3:55 PM | BillPayment | Taxes | Order 4232 | -2.80 | 10.27 |
| | 3:55 PM | BillPayment | Commissary | Order 4232 | -28.24 | 13.07 |
| 10/21/22 | 7:49 PM | Add | Unconsolidated Funds | 40.00 | 41.31 |
| 10/12/22 | 1:51 PM | BillPayment | CTC Phone Cards | Order ... | -10.00 | 1.31 |

Case 2:22-cv-06218-JDC-TPL    Document 40    Filed 08/04/25    Page 7 of 8 PageID #: 204

# HAWKINS
# EMILE JOSEPH

ID: 848423

DOB: 12/6/1971

Male

Other

Location: Block INFIRM Cell 1 Bed 8

Privilege Level:

Closed

Inmate Trust Account...

**Spending Balance: $0.00**

Funds Held: $0.00

Bill Balance: $27.24

| Date | Time | Type | Description | Amount | Balance |
|---|---|---|---|---|---|
| | 8:40 PM | BillPayment | Medical Doctor Visit | -3.00 | 39.27 |
| | 8:40 PM | BillPayment | Medical Medicine | -2.00 | 42.27 |
| | 8:40 PM | BillPayment | Medical Doctor Visit | -3.00 | 44.27 |
| | 8:40 PM | BillPayment | Medical Doctor Visit | -2.73 | 47.27 |
| | 8:34 PM | Add | Unconsolidated Funds | 50.00 | 50.00 |
| 11/14/22 | 9:59 AM | BillPayment | Medical Doctor Visit | -0.27 | 0.00 |
| 10/26/22 | 3:21 PM | BillPayment | CTC Phone Cards | Order ... | -10.00 | 0.27 |
| 10/25/22 | 3:55 PM | BillPayment | Taxes | Order 4232 | -2.80 | 10.27 |
| | 3:55 PM | BillPayment | Commissary | Order 4232 | -28.24 | 13.07 |
| 10/21/22 | 7:49 PM | Add | Unconsolidated Funds | 40.00 | 41.31 |
| 10/12/22 | 1:51 PM | BillPayment | CTC Phone Cards | Order ... | -10.00 | 1.31 |
| 10/11/22 | 3:52 PM | BillPayment | Taxes | Order 4221 | -8.42 | 11.31 |
| | 3:52 PM | BillPayment | Commissary | Order 4221 | -84.83 | 19.73 |
| 10/10/22 | 3:30 PM | BillPayment | CTC Phone Cards | Order ... | -10.00 | 104.56 |
| 10/8/22 | 3:49 PM | Add | Unconsolidated Funds | 40.00 | 114.56 |
| | 3:04 PM | Add | Unconsolidated Funds | 40.00 | 74.56 |
| 10/4/22 | 3:06 PM | BillPayment | Taxes | Order 4215 | -0.81 | 34.56 |
| | 3:06 PM | BillPayment | Commissary | Order 4215 | -8.12 | 35.37 |
| 9/30/22 | 3:16 PM | BillPayment | CTC Phone Cards | Order ... | -10.00 | 43.49 |
| 9/28/22 | 9:37 AM | BillPayment | Medical Medicine | -2.00 | 53.49 |
| | 9:37 AM | BillPayment | Medical Doctor Visit | -3.00 | 55.49 |
| 9/21/22 | 3:29 PM | BillPayment | CTC Phone Cards | Order ... | -10.00 | 58.49 |
| 9/20/22 | 9:55 AM | BillPayment | Taxes | Order 4206 | -4.01 | 68.49 |
| | 9:55 AM | BillPayment | Commissary | Order 4206 | -40.50 | 72.50 |
| 9/19/22 | 4:46 PM | Add | Unconsolidated Funds | 100.00 | 113.00 |
| | 3:21 PM | BillPayment | CTC Phone Cards | Order ... | -10.00 | 13.00 |
| 9/15/22 | 2:37 PM | Add | Unconsolidated Funds | 23.00 | 23.00 |
| | 1:42 PM | Note | ****** Opened Account ***... | | — |
| 7/7/22 | 1:42 PM | Note | ****** Closed Account ****** | | — |
| | 1:27 PM | Note | ****** Opened Account ***... | | — |
| | 1:18 PM | Note | ****** Closed Account ****** | | — |
| | 1:18 PM | DebitRelease | Debit Card Cash | -13.00 | 0.00 |
| | 7:47 AM | Add | Unconsolidated Funds | 13.00 | 13.00 |
| | 7:42 AM | Note | ****** Opened Account ***... | | — |



X-RAYED
CLEARED FOR DELIVERY

**JEFFERSON DAVIS PARISH SHERIFF'S DEPARTMENT**
P.O. Box 863
Jennings, Louisiana 70546

Clerk, United States District Court
Western District of Louisiana,
United States Courthouse
611 Broad Street, Room 188
Lake Charles, LA 70601

RECEIVED
U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

AUG 04 2025

DANIEL J McCOY, CLERK
BY _____ 1A-5

FIRST-CLASS
US POSTAGE
ZIP 70546
02 7H
0006208536    JUL
$ 001