**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAKE CHARLES DIVISION**

**EMILE HAWKINS #290101**                    **CASE NO.  2:22-CV-06218 SEC P**

**VERSUS**                                            **JUDGE JAMES D. CAIN, JR.**

**STATE OF LOUISIANA ET AL**                **RETIRED MAG JDG JRS KAY**

## ORDER

Before the Court is what appears to be a Motion (Doc. 36) by Petitioner, Emile Hawkins, to appear at a hearing this Court set for August 26, 2025. The hearing was set as an Order to Show Cause as to Warden William Powell, regarding Hawkins' Letter concerning the alleged improper filing fee payments and improper handling of this inmate's account with the Jefferson Davis Parish Sheriff's Department.[1] The Court is not inclined to grant Hawkins' request to appear as it would not be beneficial and would be a waste of government resources. Accordingly,

**IT IS ORDERED** that the Motion (Doc. 36) is **DENIED.**

**THUS DONE AND SIGNED** in Chambers on this 6th day of August, 2025.

**JAMES D. CAIN, JR.**
**UNITED STATES DISTRICT JUDGE**

---

[1] Docs. 21 and 32.