UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

EMILE HAWKINS #290101                      CASE NO.  2:22-CV-06218 SEC P

VERSUS                                     JUDGE JAMES D. CAIN, JR.

STATE OF LOUISIANA ET AL                   RETIRED MAG JDG JRS KAY

## ORDER

Before the Court is a "Motion for Pro-Se Attorney Fee's; Motion for Relief for Money Damage for a Court Order Breech [sic] Contract of 20% Percent out of Money Order in Civil Law Suit!" (Doc. 38).

**IT IS ORDERED** that the Motions are completely without merit, and/or premature and therefor are **DENIED.**

**THUS DONE AND SIGNED** in Chambers on this 6th day of August, 2025.

_____
JAMES D. CAIN, JR.
UNITED STATES DISTRICT JUDGE