**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAKE CHARLES DIVISION**

**EMILE HAWKINS #290101**                    **CASE NO.  2:22-CV-06218 SEC P**

**VERSUS**                                   **JUDGE JAMES D. CAIN, JR.**

**STATE OF LOUISIANA ET AL**                 **MAGISTRATE JUDGE LEBLANC**

**MEMORANDUM ORDER**

Before the Court are two letters authored by Emile Hawkins (Docs. 15 and 21) wherein Petitioner complains that the Jefferson Davis Parish Sheriff's Office (the "Sheriff's Office") has taken excess money from his inmate account to satisfy his filing fee for the instant lawsuit filed on December 19, 2022.  The Court considers these letters as motions to refund the money this Court has received from the Sheriff's Office. This lawsuit was dismissed on August 21, 2023, pursuant to Local Rule 41.(b) for failure to prosecute and Local Rule 41.3W for failure to keep the court apprised of any address change.[1]

On January 23, 2023, the Magistrate Judge granted Petitioner *in forma pauperis* status which allowed Petitioner to file the instant lawsuit without an initial filing fee.[2] However, the Order also required Petitioner to pay 10% of each prior months' income/deposits.  Petitioner has alleged that the Sheriff's Office has taken the entire deposits from his account to satisfy the filing fee.

---

[1] Docs. 11 and 12.
[2] See Doc. 8.

The Court ordered the Warden to submit a detailed statement of Petitioner's inmate account. The Warden has complied with that request.[3] The Court has reviewed Petitioner's account and compared it with the CM/ECF docket sheet that reflects all payments received from the Sheriff's Office on behalf of Petitioner for satisfaction of the filing fee. The Court finds no discrepancy. Petitioner's accusations are entirely without merit.

Additionally, after a review of the entire record, the Court notes that Petitioner is a "frequent frivolous filer." This is without a doubt a complete waste of this Court's judicial resources. Accordingly,

**IT IS ORDERED** that Petitioner's Motion for a return of money received by the Court from the Sheriff's Office for satisfaction of the filing fee is **DENIED.**

**IT IS FURTHER ORDERED** that Petitioner is prohibited from filing anything else in this lawsuit, whether it is by letter, motion, or otherwise.

**IT IS FURTHER ORDERED** that the hearing currently set for August 26, 2025, is **TERMINATED**; the Clerk is instructed to mail a copy of this Order to Warden William Powell of the Jefferson Davis Correctional Center.

**THUS DONE AND SIGNED** in chambers on this 7th day of August, 2025.

_____
**JAMES D. CAIN, JR.**
**UNITED STATES DISTRICT JUDGE**

---

[3] Doc. 37, 39, and 40.