Emile Hawkins PRO-Se
VS                Western District Court
Louisiana et al
Jefferson Davis Correction center
W Arden Powell    8-5-25
LA. R. S. 44:35 (E) → Refused to give
44:32            Order?

P. 1

22-cv-6218 Sec P

Case: 006218

Judge James Cain

RECEIVED
U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
AUG 1 1 2025
KW
DANIEL J. McCOY, CLERK
BY: _____

"Memorandum Order" shall this court
Produce Emile Hawkins Body On 8-26-25 or
give Hawkins Video Conference To Represent
His side of Case. Hawkins file PRO-Se Into
Courts Upon This Matter at Hand in Western
District Court. PRO-Se Attorney Fees
    It is further Ordered Emile Hawkins pray
To this. that Warden William Powell pay 100.00
Dollars each Day for not sending Hawkins Record
of His Account. Herein it is further Ordered
that this Court Respectfully Submitted this
Case and 2A. R. S. 44:35(E) & 44:32 Wherefore,
The Court find the Custodian unreasonably
or Arbitrarily fail to Respond to Court Order
June 5, 2025 to Emile Hawkins as Required By
Law By Judge Cain to forward Inmate Emile
Hawkins Records of His Account. Warden William
Powell fail to Comply By Law 2A. R. S. 44:32 and
44:35(E) By Law it may award the Requester
Emile Hawkins Civil penalties. Not to exceed
100.00 Dollar per Day. June 5, 2025 Was Order To
Warden William powell Shall Powell pay Civil penalties
each such Day of such failure. To give

Michael E. Twardzik
VS.
Orleans parish School Board
876 So.2d 855 LA 2009

LA R.S. 44:32
44:35(E)
PRO-SE Attorney
Fees

Order:

Requester Emile Hawkins Copies of Record of Inmate Account. Mental Anquish. I Have a equal protection to Be Treated equal To 20 percent Court Agreement Order. Constitutional Right Violation of a Court Agreement with Inmates. Where Inmate Emile Hawkins suffer Infliction of Pain Behind His Money Missing From His Prison Account wasn't ABLE To Make Commisary To get Item as He Need Suffer month Behind Money Being taken from His Account, Breeching a Court Contract By Jefferson Davis Correctional Center Administration Warden William Powell ET Al Warden at Correctional Center.

IT is further Ordered That this Court Award Emile Hawkins Pro-Se Attorney Fee of 5,000 Dollars; Shall Warden William Powell Sourced Back To His Account every money order That Breech That 20 percent was Taken More and sent to the Courts. IT is further Order within 30 Days from June 5, 2025 To Aug 26, 2025. pay 100.00 Dollars per Day for Disobeying Court Order June 5, 2025. Hawkins pray for this Court To grant Any & All Money Award Damage That He is Entitle To By Lawsuit Law in This Court X

Date  Judge

Submitted By
Emile Hawkins